# Exhibit A

*Secretary Cegavske Announces Plan to Conduct*
*June 9, 2020 Primary Election by All Mail*

## Press Releases

### Secretary Cegavske Announces Plan to Conduct the June 9, 2020 Primary Election by All Mail

**Post Date:**      03/24/2020 3:58 PM



FOR IMMEDIATE RELEASE
Contact: Wayne Thorley
(775) 684-5720
wthorley@sos.nv.gov

(Carson City, NV; March 24, 2020) – Nevada Secretary of State Barbara Cegavske, in partnership with Nevada's 17 county election officials, announces today plans to conduct an all-mail election for the June 9, 2020 primary election. All active registered voters in Nevada will be mailed an absentee ballot for the primary election. No action or steps, such as submitting an absentee ballot request application, will be required by individual voters in order to receive a ballot in the mail. Voters will be able to mark their ballot at home and then return it by mail using a postage-prepaid envelope or by dropping it off in person at a designated county location. This announcement applies only to the June 9, 2020 primary election.

Secretary Cegavske seeks to reassure voters in Nevada that their health and safety while participating in voting is paramount to state and local election officials. "Because of the many uncertainties surrounding the COVID-19 pandemic, as well as the immediate need to begin preparations for the 2020 primary election, it became necessary for me to take action regarding how the election will be conducted," said Cegavske. "Based on extensive conversations with Nevada's 17 county election officials, we have jointly determined that the best option for the primary election is to conduct an all-mail election."

In order to slow the spread of the novel coronavirus, federal and state health officials have discouraged group gatherings. The training of thousands of poll workers who support Nevada's large in-person voter effort was scheduled to begin next week. The majority of Nevada's poll workers belong to groups that are at high-risk for severe illness from COVID-19. In order to maintain a high level of access to the ballot, while protecting the safety of voters and poll workers, the decision to conduct an all-mail primary election was made.

Even though the majority of voters will be casting a mail ballot for the June 9, 2020 primary election, the high standard Nevada has set for ensuring the security, fairness, and accuracy of elections will still be met. Deputy Secretary of State for Elections Wayne Thorley said, "The priority of the Secretary of State's Elections Division is to ensure every eligible Nevadan has the opportunity to safely vote in the primary election and that the integrity of the election is maintained. We are working with our 17 county election officials to implement the changes necessary to successfully administer this election."

In order to accommodate same-day voter registration, as well as assist voters who have issues with the ballot that was mailed to them, at least one in-person polling location will be available in each county for the June 9, 2020 primary election. These polling locations will be set up to ensure the safety of voters and poll workers alike. Because in-person voting opportunities will be extremely limited for the primary election, Nevadans are encouraged to register to vote now and not rely on the same-day registration process. Voters are also encouraged to confirm that their voter registration information is up-to-date, including mailing address and political party affiliation. Visit www.RegisterToVoteNV.gov to register to vote online or make updates to your existing voter record.

Case 3:20-cv-00243-MMD-WGC   Document 1   Filed 04/21/20   Page 3 of 3
Nevada Secretary of State Unveils Plan to Conduct June 9, 2020 Primary Election by All Mail

Voters are reminded that absentee ballots must be dropped off in person by the close of polls on Election Day, or postmarked by Election Day.  Ballots that are postmarked by Election Day and received no later than seven days after the election will be counted.  Additionally, if a voter fails to sign the ballot return envelope or the voter's signature does not match the one on file with the county election official, the voter will be contacted, and the voter will have up to the seventh day after the election to make the necessary correction.  It is important to understand that these statutory deadlines will result in updating vote totals and election results for up to seven days after the election.  Close races may remain undecided until all ballots are counted.  All counties must certify the election results no later than 10 days after the election.

For more information about the June 9, 2020 primary election, please contact the Secretary of State's Elections Division at (775) 684-5705 or nvelect@sos.nv.gov.

# # #

*Return to full list >>*