# Exhibit B

*Secretary of State – Absent Voting*

## Absent Voting

**Please note**: *Nevada plans to conduct an **all-mail election** for the **June 9, 2020** primary election. All active registered voters in Nevada will be mailed an absentee ballot for the primary election. No action or steps, such as submitting an absentee ballot request application, will be required by individual voters in order to receive a ballot in the mail. Voters will be able to mark their ballot at home and then return it by mail using a postage-prepaid envelope or by dropping it off in person at a designated county location. This announcement applies only to the June 9, 2020 primary election.*

### Requesting an Absent Ballot

Any registered voter may request to vote by mail. To request an absent ballot, you must complete and submit an Absent Ballot Request Form to the County Clerk/Registrar of Voters in the county where you are registered to vote. If you are a resident of Clark County, you may obtain the form from their website at http://www.clarkcountynv.gov/vote.

### Permanent Absent Ballot

A registered voter who provides sufficient written notice to the appropriate county clerk may request that the registered voter receive an absent ballot for all elections at which the registered voter is eligible to vote. If you relocate to a different county within Nevada and you wish to continue to receive a Permanent Absent Ballot, you must re-register to vote in the new county and resubmit a Permanent Absent Ballot request with the County Clerk or Registrar of Voters office.

### Deadline for Requesting an Absent Ballot

A request to vote an absent ballot must be received by your local county election official no later than 5 p.m. on the **fourteenth** calendar day preceding an election. However, absent ballot requests should be submitted as early as possible to allow enough time to receive, mark, and return your absent ballot by the deadline. If returned in person, absent ballots must be dropped off by 7 p.m. on Election Day. If returned by mail, absent ballots must be postmarked by Election Day. Absent ballots that are postmarked by Election Day and received no later than 7 days after the election will be counted.

### Identification and Residency Requirements for First Time Voters

Please be aware of the identification requirement for first time voters who vote by mail. To fulfill this requirement you must submit to your County Clerk/Registrar official identification of both IDENTITY and RESIDENCY with either your registration application or absent ballot request form. "Official Identification" means a government-issued, or otherwise official, article or combination of articles, which establishes both the identity and residence (see examples below).

Please direct any questions regarding absentee voting to your respective County Clerk/Registrar or the Elections Division at (775) 684-5705.

**Forms of ID may include (See NAC 293.395(2)):**

- A current and valid Nevada driver's license
- A current and valid identification card issued by the Department
- A current and valid identification card issued by a branch of the Armed Forces of the United States
- A current and valid identification card issued by a sheriff of a Nevada county to an employee as a condition of employment by certain business enterprises

- A current and valid identification card issued by an agency of the State of Nevada or political subdivision thereof or the United States, including, without limitation, a public school, college or university
- Current and valid student identification card from an accredited private school, college or university
- Current and valid United States passport
- Current and valid insurance plan identification card which the county clerk determines, in his or her discretion, to be a reliable indication of the true name and identity of the person
- Current and valid tribal identification card

**Articles Establishing Residency may include (NAC 293.395(3)):**

- Any form of ID set forth above
- Current and valid utility bill, including, without limitation, a bill for electricity, gas, oil, water, sewer, septic, telephone, cellular telephone or cable television
- Current and valid bank or credit union statement
- Current and valid paycheck
- Current and valid income tax return
- Current and valid statement concerning mortgage, rental or lease of a residence
- Current and valid motor vehicle registration
- Current and valid document issued by a governmental agency
- Current and valid property tax statement
- Any other official article which the county clerk determines, in his or her discretion, to be a reliable indication of the true residential address of the person