# Exhibit C

*Primary Election Notice of Vote-By-Mail Election on June 9, 2020 and Official Sample Ballot*



# JUNE 9, 2020 PRIMARY ELECTION
## NOTICE OF VOTE-BY-MAIL ELECTION AND OFFICIAL SAMPLE BALLOT

**Please read this entire notice for important details on how to vote by mail!**
**NOTICE:  The location of your polling place has changed for this election ONLY.**
**For the Primary Election, all registered voters will receive a ballot in the mail to vote.**
**You are _strongly_ encouraged to vote the ballot that is mailed to you and return it by**
**postal mail to help ensure the health and safety of our community.**





# JUNE 9, 2020 PRIMARY ELECTION
## NOTICE OF VOTE-BY-MAIL ELECTION AND
## OFFICIAL SAMPLE BALLOT

### Please read this entire notice for important details on how to vote by mail.

In response to the COVID-19 (Novel Coronavirus) pandemic, **every** registered voter in Washoe County will receive an absentee ballot (mail-in ballot) for voting by mail in the **June 9, 2020 Primary Election ONLY**.

If you are registered to vote at your current address, it is not necessary for you to take any further action in order to receive your absentee ballot. If you are not registered or need to update your registration information (address, name, party), please do so immediately at the Secretary of State's website:

### www.RegisterToVoteNV.gov  *

> **The Secretary of State and Washoe County Registrar of Voters _strongly_ encourage all voters to take advantage of online registration and absentee ballots in order to comply with social distancing and safety guidelines during this pandemic.**

### This notice contains:

- (a) Important dates and deadlines;
- (b) Instructions for registering or updating your information online;
- (c) Provisions for same-day registration and in-person voting services;
- (d) How to vote by mail (absentee ballot);
- (e) Early Voting and Election Day location and hours; and
- (f) Sample Ballot including all offices and candidates for partisan and nonpartisan ballots.

**\*** You must have a driver's license or identification card issued by the Nevada Department of Motor Vehicles in order to register to vote online. If you do not have either, you must register by mail or in-person. Please see Page 3 for additional instructions.

## Important Dates for the 2020 Primary

**May 12, 2020-Mail or DMV Deadline:**
The last day to register to vote or update your voter registration information through the DMV, by mail, or with any other outside organization or agency.

**May 21, 2020 – Online Deadline:**
Last day to register or update your registration online is May 21, 2020 and still receive an absentee ballot for the Primary Election.

**May 22 – June 4, 2020—Extended Online Registration:**
Voters may still register or update their registration online but will have to appear in person and provide a current and valid Nevada driver's license or identification card and proof of residency to vote.

**Early Voting (Primary)***
**May 23 – June 5, 2020**
See calendar for polling hours.

**Election Day (Primary)***
**Tuesday, June 9, 2020**
Polls Open: 7 a.m. to 7 p.m.

### Same-Day Registration Is ONLY Available In-Person.

**\*The Office of the Washoe County Registrar of Voters will be the only polling location for in-person voting, updates to registration, and same-day registration during Early Voting (May 23-June 5, 2020) and on Election Day (June 9, 2020).**

### Early Voting Hours for the Primary Election:

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | | 23 <br><br> 10 a.m. to 4 p.m. |
| 24 <br><br> 10 a.m. to 2 p.m. | 25 <br><br> 10 a.m.to 4 p.m. | 26 <br><br> 8 a.m. to 6 p.m. | 27 <br><br> 8 a.m. to 6 p.m. | 28 <br><br> 8 a.m. to 6 p.m. | 29 <br><br> 8 a.m. to 6 p.m. | 30 <br><br> 10 a.m. to 4 p.m. |
| 31 <br><br> 10 a.m. to 2 p.m. | 1 <br><br> 8 a.m. to 6 p.m. | 2 <br><br> 8 a.m. to 6 p.m. | 3 <br><br> 8 a.m. to 6 p.m. | 4 <br><br> 8 a.m. to 6 p.m. | 5 <br><br> 8 a.m. to 6 p.m. | |

**Same-Day Registration and Updates (In-Person):** You may register or update your registration in-person at the Office of the Washoe County Registrar of Voters from May 22, 2020 to Friday, June 5, 2020 and again on Tuesday, June 9, 2020 (Election Day).

| Identification Required for New Registrants and Updates | Proof of Residency: |
|---|---|
| Voting In-person: all new registrants and those making updates after May 21, 2020 must provide:<br><br>• A current and valid Nevada Driver's License, or<br>• Nevada Identification Card, or<br>• A Nevada DMV "Interim Document."<br><br>**If voting in person, bring these documents with you to the Office of the Registrar of Voters at 1001 E. 9th St., Reno, NV 89512.** | If the address on your identification does not match the address at which you are registered to vote, then proof of current residency must be provided, such as:<br><br>• a military identification card;<br>• a current utility bill;<br>• a bank or credit union statement;<br>• a mortgage statement, or residential rental or lease agreement;<br>• a motor vehicle registration; |

**Provisional Ballots for All Voters Who Register or Update their Name, Address, and/or Party after May 21, 2020:** All voters who register to vote or update their voter registration after May 21, 2020 will vote a full provisional ballot that will include all contests and candidates that are on a regular ballot. Your provisional ballot will be counted only after verification that,

(a) you were qualified and eligible to register and cast a ballot in the current election;

(b) you did not cast multiple ballots in the same election; and

(c) if required, confirmation that you provided a current and valid identification and proof of residency.

## VOTING BY MAIL (ABSENTEE BALLOT)

**Your absentee ballot packet will contain:**

    (a) your absentee ballot;

    (b) a postage-paid return envelope that you **must** use to return your ballot; and

    (c) instructions for voting by mail (absentee ballot).

 **WATCH:**       **"How to Mark Your Absentee Ballot"**
                     **www.washoecounty.us/markaballot**
                     **"How to Return Your Absentee Ballot"**
                     **www.washoecounty.us/returnaballot**

**Marking Your Ballot:**

- Use a black or blue ink pen. **Do not** use felt tip pens or permanent markers.
- Mark your choices in each contest or question by completely filling in the oval to the right of each of your choices.
- If you choose to vote on some candidates or questions and not others, your ballot will be counted for those you have voted on.  This will not invalidate your ballot.
- If you mark more choices than permitted in a single contest, no vote will be counted for that contest, but the rest of your correctly marked ballot will be counted.
- If you do make a mistake or change your mind while voting your ballot **do not** use correction fluid or tape. Simply put a single line through the name of the candidate or question you do not wish to vote for and completely fill in the oval to the right of the candidate or question you do want to vote for. Please do not try to completely black out the name or question.

The Washoe County Registrar of Voters will process and count all absentee ballots that are submitted and received as follows:

    (1) **SIGN the return envelope** in the space designated for your signature. This is required for verification purposes.

    (2) **SEAL your ballot** in the postage-paid return envelope provided. *You may only return one ballot per envelope.  Be sure to use only the envelope provided to you for your ballot return. Your return envelope is associated with your ballot.*

    (3a) **Return via U.S. Postal Service:**  If you return your ballot through the U.S. Postal Service your envelope must be postmarked by June 9, 2020 and received by June 16, 2020 in order to be counted.

    (3b) **Drop Off at the Office of the Registrar of Voters:** You may also choose to **personally** drop off your **own** ballot at the Office of the Registrar of Voters.  You must deliver your ballot no later than 7:00 p.m. on Election Day (June 9, 2020.)

**If your ballot is lost or defaced**, contact the Washoe County Registrar of Voters at (775) 328-3670. Replacement ballots will only be issued up to June 2, 2020. If your ballot is lost or defaced after June 2, 2020, you must vote in-person at the Office of the Registrar of Voters.

**Please note that except for voting days, our office is presently closed to the public. We are happy to assist you via phone, email, fax, and/or post. Please make every effort to take advantage of online voter registration services and to vote by mail.**

---

If you wish to vote by mail in the 2020 General Election or request permanent absentee ballot status, you may submit an Absentee Ballot Request Form.  Printable forms can be found on our website

**www.washoecounty.us/requestaballot**

You may also call the Washoe County Registrar of Voters at (775) 328-3670 to have a form mailed to you.

---

## VOTER ASSISTANCE

The Washoe County Registrar of Voters is committed to providing every individual with the opportunity to vote independently and with dignity. Polling locations are physically accessible and equipped with appropriate devices to ensure each elector's ability to vote independently.

At the polling location, voters with disabilities may request to be taken directly to the intake table and to have priority in voting on designated machines.

If a voter cannot sign their name in the precinct register because of a physical disability, they can still vote. Election officials will ask for identifying information.

---

**Accessible ICX Prime Voting Machines:**

If a voter cannot see a ballot well, they can engage the zoom feature. They also have the option to change the contrast of the screen color.

A voter can engage an audio ballot for voting. A voter can use the ATI controller in conjunction with the audio ballot.

The ATI controller is available with headphones; however, a voter can bring their own if they wish.

Other accessibility devices, like paddles, sip-and-puff devices, are also compatible with our voting machines; however, the voter will need to provide these devices.

---

**The Washoe County Registrar of Voters is working in collaboration with the Secretary of State to increase the accessibility of voting by mail to voters with disabilities. Please call our office for options and information: (775) 328-3670**

## COMPILED AND DISTRIBUTED BY THE WASHOE COUNTY REGISTRAR OF VOTERS DEPARTMENT

Have questions? Call Washoe311 or (775) 328-3670



**Washoe County Registrar of Voters**

1001 E 9th St
Building A, Room 135
Reno, NV 89512
https://www.washoecounty.us/voters

**Phone:** (775) 328-3670 (**TTY/TDD**: 711)
**Fax:** (775) 328-3747
**Email:** electionsdepartment@washoecounty.us

# VOTING OR ATTEMPTING TO VOTE MORE THAN ONCE IN THE SAME ELECTION IS A FELONY. (NRS 293.780)

**This Sample Ballot contains ALL partisan and nonpartisan offices and candidates that are on the Primary Ballot.** You will receive a ballot that contains the offices and candidates for which you are eligible to vote based on your residential address and political party affiliation as listed in our voter registration database. You may view **YOUR** specific ballot electronically at https://www.washoecounty.us/voters/sampleballot/

---

### FEDERAL OFFICES

**Representative in Congress, District 2 - DEMOCRATIC**

**TWO Year Term, Vote for 1**

Ackerman, Patricia

Cohen, Ed

Hernandez, Reynaldo

Koble, Clint

Luetkehans, Ian

Schiffman, Steve "Pragmatic"

Shepherd, Rick

**Representative in Congress, District 2 - REPUBLICAN**

**TWO Year Term, Vote for 1**

Amodei, Mark E

Beck, Joel

Hurley, Jesse Douglas

### DISTRICT PARTISAN OFFICES

**State Assembly District 26 - REPUBLICAN**

**TWO Year Term, Vote for 1**

Conner, Dale M

Krasner, Lisa

**State Assembly District 30 - DEMOCRATIC**

**TWO Year Term, Vote for 1**

Anderson, Natha C

Moser, Lea "Archuleta"

**State Assembly District 31 - REPUBLICAN**

**TWO Year Term, Vote for 1**

Dickman, Jill

Espinosa, David

Linares, Sandra

**State Assembly District 40 - DEMOCRATIC**

**TWO Year Term, Vote for 1**

Loyd, Sena

Morgan, Derek Ray

Scaffidi, Sherrie Paulie

**State Assembly District 40 - REPUBLICAN**

**TWO Year Term, Vote for 1**

O'Neill, Philip "PK"

Williams, Day Robert

### STATEWIDE NONPARTISAN OFFICES

**Justice of the Supreme Court, Seat B**

**SIX Year Term, Vote for 1**

Christensen, TS

Pickering, Kristina

Rodriguez, Esther C

NONE OF THESE CANDIDATES

---

**Justice of the Supreme Court, Seat D**

**SIX Year Term, Vote for 1**

Fumo, Ozzie

Herndon, Douglas

Nelson, Erv

NONE OF THESE CANDIDATES

### DISTRICT NONPARTISAN OFFICES

**District Court Judge, Department 11 Family Court**

**SIX Year Term, Vote for 1**

Dollinger, Paige

Shannon, Greg

White, Lance Clark

**State Board of Education, District 2**

**FOUR Year Term, Vote for 1**

Coombs, Katie

**Regent, University of Nevada, District 10**

**SIX Year Term, Vote for 1**

Arrascada, Joseph

Diss, Andrew

Lombardi, Vince

McKendricks, John

Melcher, Kevin

**School Board Trustee, District A**

**FOUR Year Term, Vote for 1**

Church, Jeff

Genasci, Lisa

Heinemann, Jack

Huerstel, Terese

Kelley, Scott

**School Board Trustee, District D**

**FOUR Year Term, Vote for 1**

Berk, Stan

Marquez, Michael "Brock"

Thigpen, Kurt

**School Board Trustee, District G At-Large**

**FOUR Year Term, Vote for 1**

Baclet, Jeff

Eppolito, John

Nicolet, Diane

Wesner, Craig

White, Paul D

---

### Palomino Valley General Improvement District

**THREE - 4 Year Terms, Vote for 3**

Baker, Tom

Chesney, Larry

Currivan, James

Gugich, Daniel

Helton, Christopher

Otto, Donald

Patterson, John

### CITY OF RENO OFFICES

**Reno City Council, Ward 1**

**FOUR Year Term, Vote for 1**

Brekhus, Jenny

Drakulich, John "JD"

Griffith, Britton Anne

**Reno City Council, Ward 5**

**FOUR Year Term, Vote for 1**

Fink, Darla

Gottschalk, Kurt

Jardon, Neoma

Wilhelm, Lee "Chef"

**Reno City Council, At-Large**

**FOUR Year Term, Vote for 1**

Lorton, George "Eddie"

Moskowitz, Joe

Reese, Devon Thomas

Walker, Michael

### CITY OF SPARKS OFFICES

**Sparks City Council, Ward 1**

**FOUR Year Term, Vote for 1**

Abbott, Donald

Grimes, Kristine

Kirtley, Dick

Stolyarov, Wendy

**Sparks City Council, Ward 3**

**FOUR Year Term, Vote for 1**

Anderson, Paul S

Diaz, Elvira

Ness, Dan

Smith, Quentin

Tavener, Andrea