# Exhibit D

*Notice of Primary Election*

## NOTICE OF PRIMARY ELECTION

NOTICE IS HEREBY GIVEN that the Primary Election will be held on Tuesday, June 9, 2020. **Due to unforeseen circumstances related to COVID-19, the Primary Election will be conducted entirely by mail.**

All <u>active</u> registered voters will receive their ballots in the mail. Ballots will be mailed during the first part of May 2020.

Voters are encouraged to confirm that their voter registration information is up-to-date, including mailing address and political party affiliation and not rely on the same-day registration process. Visit www.RegisterToVoteNV.gov to register to vote online or make updates to your existing voter record.

**The Elko County Clerk's Office will serve as the polling place and will be open from 7:00 a.m. to 7:00 p.m. for same day registrants only.** Same day registrants **must** appear in person at the Clerk's Office, 550 Court Street, 3rd Floor, with a valid Nevada driver's license or identification card in order to vote a provisional ballot.

Voters are reminded that ballots must be dropped off in person by the close of polls on Election Day or postmarked by Election Day. Ballots that are postmarked by Election Day and received no later than seven days after the election will be processed.

**May 12, 2020** is the last day to register to vote, update registration or change party affiliation by mail or by appearing in person at the Clerk's Office.

**May 13, 2020 – June 4, 2020** voters may register, update registration or change party affiliation at www.RegisterToVoteNV.gov.

Please be assured that our office will conduct this election with as much transparency, efficiency and integrity as any other Election. We understand this is a challenging time and appreciate your cooperation and understanding as we work together. Feel free to contact the Clerk's Office at (775) 753-4600 if you have questions or concerns.

Kristine Jakeman
Elko County Clerk

Please publish March 31 and April 7, 2020.