# Exhibit E

*Elko County Nevada Voter Sample Ballot Information*

# ELKO COUNTY NEVADA



# VOTER AND SAMPLE BALLOT INFORMATION

Primary Election
Tuesday, June 9, 2020

# PRIMARY ELECTION INFORMATION

Due to unforeseen circumstances related to the COVID-19 pandemic and social distancing guidelines, all precincts in Elko County, Nevada have been designated as mail precincts for the June 9, 2020, Primary Election.

You will receive your official ballot in the mail the first part of May. **DO NOT THROW YOUR BALLOT AWAY!** Voting your ballot is easy:

1. Mark your ballot;
2. Sign the return envelope (for verification purposes); and
3. Return your ballot in the postage paid envelope by mail or deliver it in-person to the Clerk's Office.

- Your voted ballot must be postmarked by June 9, 2020, and received by the Clerk's Office by 5:00 p.m. on the seventh day after the election.
- If you are delivering your voted ballot in-person, the ballot must be received by the Clerk's Office no later than 7:00 p.m., Tuesday, June 9, 2020.

If you do not receive a ballot by May 15, or you need a replacement ballot, please contact the Clerk's Office at (775) 753-4600. All requests for replacement ballots will be processed and mailed by 5:00 p.m., June 2, 2020. After June 2, 2020, all replacement ballots must be picked up in-person at the Clerk's Office.

**The Elko County Clerk's Office, located at 550 Court Street, 3rd Floor, Elko, will serve as the polling location on Election Day, June 9, 2020, and will be open from 7:00 a.m. to 7:00 p.m. The polling location is open ONLY for in-person mail-in ballot deliveries, replacement ballot requests or same-day voter registration.**

**Early voting will be available at the Elko County Library, 720 Court Street, Elko, for in-person mail-in ballot deliveries, replacement ballot requests or same-day voter registration ONLY. The dates and times are as follows:**

| | |
|---|---|
| Saturday, May 23 | 10:00 a.m. to 2:00 p.m. |
| Monday, May 25 | Closed for Memorial Day |
| Tuesday, May 26 - Friday, May 29 | 8:00 a.m. to 6:00 p.m. |
| Saturday, May 30 | 10:00 a.m. to 2:00 p.m. |
| Monday, June 1 - Friday, June 5 | 8:00 a.m. to 6:00 p.m. |

**Nevada conducts closed Primary Elections. Voters may only vote in a major party race if affiliated with that party.** Voters are encouraged to confirm that their voter registration information is up to date, including mailing address and political party affiliation. Visit www.RegisterToVoteNV.gov to register to vote online or make updates to your existing voter record. You may also contact the Clerk's Office at (775) 753-4600 or election@elkocountynv.net.

**IMPORTANT DEADLINES:**
**May 12, 2020** is the last day to register to vote, update registration or change party affiliation by mail or by appearing in person at the Clerk's Office.

**May 13 - May 21, 2020** – Online only voter registration, voter registration changes or party affiliation changes.

**May 22, 2020 – June 4, 2020** voters may register, update registration or change party affiliation online but will have to appear in person during Early Voting or on Election Day. Voters must provide a valid Nevada Driver's License or a Nevada Identification Card and proof of residency.

**Although your ballot will be party specific**, to expedite notification, all of the candidates and offices to which the candidates seek nomination are listed below:

## CANDIDATES FOR PARTISAN OFFICES

### U.S. REPRESENTATIVE IN CONGRESS, DISTRICT 2 – Two (2) Year Term

**DEMOCRATIC PRIMARY**
ACKERMAN, PATRICIA
COHEN, ED
HERNANDEZ, REYNALDO
KOBLE, CLINT
LUETKEHANS, IAN
SCHIFFMAN, STEVE "PRAGMATIC"
SHEPHERD, RICK

**REPUBLICAN PRIMARY**
AMODEI, MARK E.
BECK, JOEL
HURLEY, JESSE DOUGLAS

### COUNTY COMMISSIONER, DISTRICT 5 – Four (4) Year Term

**REPUBLICAN PRIMARY**
EVERTSEN, GARY "RADAR"
STENINGER, REX

## CANDIDATES FOR NONPARTISAN OFFICES

### JUSTICE OF THE SUPREME COURT – Six (6) Year Term

**SEAT B**
CHRISTENSEN, TS
PICKERING, KRISTINA
RODRIGUEZ, ESTHER C.
NONE OF THESE CANDIDATES

**SEAT D**
FUMO, OZZIE
HERNDON, DOUGLAS
NELSON, ERV
NONE OF THESE CANDIDATES

### STATE BOARD OF EDUCATION, DISTRICT 2 – Four (4) Year Term

COOMBS, KATIE

### SCHOOL BOARD TRUSTEES – Four (4) Year Term

**DISTRICT 3**
FISH, KIETH

**DISTRICT 5**
COONEY, JIM

KRISTINE JAKEMAN
Elko County Clerk
550 Court Street, 3rd Floor
Elko, NV 89801-3518



Return Service Requested

Voter Name
Voter Address
City, State Zip



# VOTING OR ATTEMPTING TO VOTE MORE THAN ONCE IN THE SAME ELECTION IS A FELONY (NRS 293.780)