# Exhibit F

*2020 Non-Judicial Candidates Filed with the Secretary of State*

# 2020 Non- Judicial Candidates
# Filed with the Secretary of State

| Candidate's Name | Contact Information | Party | Date Filed |
|---|---|---|---|
| *U.S. House of Representatives, District 2* | | | |
| Ackerman, Patricia | patricia@ackerman4congress.com<br>www.ackerman4congress.com<br>@PackermanNV | Democrat | 3/6/2020 |
| Amodei, Mark E | Amodei4Nevada02@gmail.com<br>www.amodeifornevada.com<br>@AmodeiForNevada | Republican | 3/6/2020 |
| Beck, Joel Paul | joel@beckforcongress.us | Republican | 3/12/2020 |
| Cohen, Ed | edcohen@edcohenforcongress.com<br>edcohenforcongress.com<br>@voteedcohen | Democrat | 3/9/2020 |
| Dunn III, Richard John | rdunniii@mac.com | Independent | 3/6/2020 |
| Hansen, Janine | director@iapn.org<br>www.janinehansen.com<br>janine@janinehansen.com | Independent American | 3/10/2020 |
| Hernandez, Reynaldo | ReynaldoHernandez40@yahoo.com | Democrat | 3/9/2020 |
| Hurley, Jesse Douglas | contact@hurleyfornv.com | Republican | 3/13/2020 |
| Koble, Clint | clint@kobleforcongress.com<br>www.kobleforcongress.com<br>@Koble4Congress | Democrat | 3/5/2020 |
| Luetkehans, Ian | ianluetkehans@gmail.com | Democrat | 3/2/2020 |
| Schiffman, Steve | democracyesq@aol.com | Democrat | 3/11/20 |
| Shepherd, Rick | rick@rickshepherd.com<br>www.rickshepherd.com<br>@rickshepherd.com | Democrat | 3/2/2020 |
| *U.S. House of Representatives, District 4* | | | |
| Bingham, Rosalie | rosaliebingham@yahoo.com<br>@rosaliebingham | Republican | 3/12/2020 |
| Blundo, Leo | Leonardoblundo@hotmail.com<br>www.blundofornevada.com<br>@blundofornevada | Republican | 3/13/2020 |
| Brucato, George J. | Gbrucato@Msn.com<br>www.bullunion.com<br>@GeorgeBrucato | Democrat | 3/12/2020 |
| Colley, Christopher Kendall | colleyforcongress.com | Democrat | 3/2/2020 |

# 2020 Non-Judicial Candidates
## Filed with the Secretary of State

| Candidate's Name | Contact Information | Party | Date Filed |
|---|---|---|---|
| d'Ayr, Steffanie Gabrielle | www.brieforNevada.com <br> @brieforNevada | Democrat | 3/13/2020 |
| Eason, Jennifer | jennifer-mchugh@hotmail.com | Democrat | 3/3/2020 |
| Esteban, Jonathan Royce | go@vote4esteban.com <br> vote4esteban.com <br> @vote4esteban | Libertarian | 3/9/2020 |
| Horsford, Steven A. | www.stevenhorsford.com <br> info@stevenhorsford.com <br> @stevenhorsford | Democrat | 3/2/2020 |
| Kempton, Gregory | kemptonforcongress.nv@gmail.com <br> www.gregorykemptonforcongress.com <br> @KemptonNV | Democrat | 3/9/2020 |
| Merchant, Jim | Jim@jimmarchant.com <br> www.jimmarchant.com <br> @Votejimmarchant | Republican | 3/6/2020 |
| Navarro, Charles | charles@navarrofornevada.com <br> www.navarrofornevada.com <br> @NavarroforNV | Republican | 3/13/2020 |
| Peters, Sam | www.sampeters4congress.com <br> sam@sampeters4congress.com <br> @sampetersNevada | Republican | 3/2/2020 |
| Reed, Randi | randireedNV@gmail.com <br> www.randireednv.com <br> @RandiReedNV | Republican | 3/13/2020 |
| Rubinson, Barry | BLRubinson@gmail.com <br> www.iap.org | Independent American | 3/10/2020 |
| Sutton, Lisa Song | Lisa@lisa4Nevada.com <br> www.Lisa4Nevada.com <br> @LisaSongSutton | Republican | 3/12/2020 |
| Wood, Rebecca | chuck@rebeccawood.us <br> @rebeccawoodNV <br> www.rebeccawood.us | Republican | 3/9/2020 |
| **Nevada State Senate, District 19** | | | |
| Goicoechea, Pete | pgoicoechea@yahoo.com | Republican | 3/2/2020 |
| Seeback, Tiffany | godfathervegas@hotmail.com <br> _KWKIRadio.com | Independent American | 3/12/2020 |
| **Nevada State Assembly, District 32** | | | |

# 2020 Non- Judicial Candidates
# Filed with the Secretary of State

| Candidate's Name | Contact Information | Party | Date Filed |
|---|---|---|---|
| Hansen, Alexis | alexishansennv@gmail.com<br>www.alexishansennv.com<br>@alexishansenNV | Republican | 3/9/2020 |
| Povilaitis, Paula | paulaforassembly32@gmail.com<br>paulaforassembly.com | Democrat | 3/3/2020 |
| *Nevada State Assembly, District 33* | | | |
| Ellison, John C. | john@ellisonelko.com<br>ellisonforAD33.com | Republican | 3/2/2020 |
| *Nevada State Assembly, District 36* | | | |
| Bradley, Joseph J. | joe@electjoebradley.com<br>www.electjoebradley.com | Republican | 3/5/2020 |
| Hafen, Gregory T. | Gregory@Hafen4Nevada.com<br>www.Hafen4Nevada.com | Republican | 3/2/2020 |
| *Nevada State Assembly, District 38* | | | |
| Titus, Robin L. | http://voterobintitus.com<br>@drrobintitus | Republican | 3/4/2020 |
| Ulrich, Jeff | julrich4God@gmail.com | Republican | 3/6/2020 |
| *Nevada State Assembly, District 39* | | | |
| Chang, Deborah | deborah@chang4assembly.org | Democrat | 3/12/2020 |
| Jones, Dave | dave.jones@LPNevada.org | Libertarian | 3/6/2020 |
| Wheeler, Jim | jim@wheeler4nevada.org | Republican | 3/2/2020 |
| *Nevada State Assembly, District 40* | | | |
| Loyd, Sena | librariansena@gmail.com | Democrat | 3/13/2020 |
| Morgan, Derek Ray | DerekMorganNV@gmail.com<br>DerekMorganNV.com<br>@derekraymorgan | Democrat | 3/2/2020 |
| O'Neill, Philip | pk@nvsig.com | Republican | 3/13/2020 |
| Scaffidi, Sherrie | SherrieForNevada40@yahoo.com | Democrat | 3/3/2020 |
| Williams, Day | www.day4assembly.com<br>day-williams@sbcglobal.net | Republican | 3/3/2020 |
| *State Board of Education, District 2* | | | |
| Coombs, Katie | kdcoombs72@yahoo.com | Nonpartisan | 3/2/2020 |
| *State Board of Education, District 4* | | | |

| 2020 Non- Judicial Candidates<br>Filed with the Secretary of State | | | |
|---|---|---|---|
| **Candidate's Name** | **Contact Information** | **Party** | **Date Filed** |
| Cantu, Rene | cantu.nevada@yahoo.com<br>@CantuNevada | Nonpartisan | 3/13/2020 |
| Newburn, Robert Mark | mark4education.com<br>@rmarknewburn<br>mark@mark4education.com | Nonpartisan | 3/2/2020 |
| Richardson, Vincent L. | vinnie_rich@yahoo.com<br>@vinnie_rich | Nonpartisan | 3/13/2020 |