# Exhibit G
*Primary Election Notice*



# JUNE 9, 2020, PRIMARY ELECTION
# NOTICE OF ALL-MAIL BALLOT ELECTION

*Clark County Election Department, 965 Trade Dr., North Las Vegas, NV 89030*

## OVERVIEW

To help keep you, your family, and our community safer by limiting interactions that could spread the coronavirus, the June 9, 2020, Primary Election is being conducted entirely by mail ballot. On or before May 18, 2020, Clark County registered voters will receive a mail ballot packet from the Clark County Election Department which will include:

- A ballot and instructions for voting a mail ballot;
- A pre-addressed, postage-paid envelope that must be used for returning voted mail ballots; and
- A list of mail ballot drop-off sites for voters to drop off their own voted mail ballot in-person, if they are unable to put their ballot in the mail.

Registered Voters who do not receive their packet by May 18, 2020, should contact us at (702) 455-VOTE (8683). We *STRONGLY ENCOURAGE VOTERS TO MAIL THEIR BALLOT* rather than drop it off in-person. Please read this entire notice for important details.

## CONTACT INFORMATION WILL HELP US ASSIST VOTERS

We strongly encourage all voters who do not have their current e-mail or phone number listed in their registration records to contact us as soon as possible and no later than **MAY 12, 2020**, to provide that information. This is important because if a mail ballot has no signature on the envelope, or if the signature does not match the one the Election Department has on file, we will need to contact the voter as soon as possible to resolve this issue. To check if your phone number or e-mail is in your voter registration records or to add it if it is not:

- Log-in on the Secretary of State's website at www.registertovotenv.gov; or
- Send an e-mail to elinfo@ClarkCountyNV.gov; or
- Call us at (702) 455-VOTE (8683).

Please note that NRS 293.558 requires the Clark County Election Department to keep your e-mail address CONFIDENTIAL. Meaning, it may not be given to third parties.

## CLOSE OF STANDARD REGISTRATION

The deadlines to register to vote or update existing voter registration by mail or online in time for the June 9, 2020, Primary Election and still receive a regular mail ballot are below. After those dates pass, voters who wish to register to vote or make changes to their existing voter registration will have to do so through the same-day registration or same-day updates process, either online or in-person. Those voters may only vote a paper provisional mail ballot in-person on the spot at the Clark County Election Department and will need to show current, valid identification, and, if needed, proof of residency. See "Same Day Registration and Same-Day Updates of Existing Registration" starting on page 5 for more information. We strongly urge voters to register to vote or to make any necessary updates as soon as possible so they may avoid having to go to the Election Department offices.

- **May 12, 2020**, is the last day to register to vote or update your existing voter registration by mail for the June 9, 2020, Primary Election.
- **May 21, 2020**, is the last day to register to vote or update your existing registration on the Secretary of State's website at www.registertovotenv.gov.

## RETURNING YOUR VOTED MAIL BALLOT

The Clark County Election Department will process and count voted mail ballots that are returned in the envelope provided, but only if the outside of the envelope is signed by the voter. This is required for verification purposes.

The ballots must be submitted and received in one of the following ways:

- Mailed Through the U.S. Post Office: We *STRONGLY ENCOURAGE VOTERS TO RETURN THEIR VOTED MAIL BALLOT THROUGH THE U.S. POST OFFICE* rather than drop it off in-person. To send it by postal mail, voters must:
    - Seal their voted mail ballot in the pre-addressed, postage-paid, return envelope included in the packet they will receive.
    - Sign the outside of the envelope in the space provided for their signature.
    - Make sure their signed envelope is postmarked by June 9, 2020. Note that we must receive properly postmarked ballots by 5:00 p.m. on June 16, 2020, (7 days after the Election Day) for them to be counted.
- Dropped-Off In-Person: Voters may also drop off their own voted mail ballot, but only at one of the locations in the schedules on pages 3-5 during the listed dates and hours. To do this, voters must:
    - Seal their voted mail ballot in the return envelope included in the packet they will receive.
    - Sign the outside of the envelope in the space provided for their signature.
    - Drop off their voted mail ballot no later than 7:00 p.m. on Election Day.

## DROP-OFF LOCATIONS THROUGH JUNE 5, 2020, (FRIDAY)

These locations, dates, and hours for dropping off mail ballots will be available as soon as voters begin receiving their mail ballots and will continue through June 5.

| DROP-OFF LOCATIONS | DATES AND HOURS |
|---|---|
| **CLARK COUNTY ELECTION DEPARTMENT**<br>965 Trade Dr., North Las Vegas<br>*Only the Clark County Election Dept. will be available on May 25, 2020, Memorial Day.* | UP TO MAY 22: • MON.-FRI.: 8am-5pm<br>• SAT. AND SUN: CLOSED<br>MAY 23-JUNE 3, EVERY DAY *(including Sat., Sun., and Memorial Day)*: 8am-6pm<br>JUNE 4-5, THURS.-FRI.: 8am-8pm |
| **CLARK COUNTY GOVERNMENT CENTER**<br>1st Floor, Rotunda<br>500 S. Grand Central Pkwy., Las Vegas | MONDAY-FRIDAY: 8am-5pm<br>CLOSED: All Saturdays, Sundays, and May 25, Memorial Day Holiday |
| **BOULDER CITY, CITY CLERK**<br>City Hall, Upstairs, 401 California Ave.<br>Boulder City | MONDAY-THURSDAY: 7am-6pm<br>CLOSED: All Fridays, Saturdays, Sundays, and May 25, Memorial Day |
| **HENDERSON CITY CLERK**<br>City Hall, Front of Bldg., 240 S. Water St.<br>Henderson | MONDAY-THURSDAY: 7:30am-5:30pm<br>CLOSED: All Fridays, Saturdays, Sundays, and May 25, Memorial Day |
| **LAS VEGAS CITY CLERK**<br>City Hall, 2nd Floor, 495 S. Main St.<br>Las Vegas | MONDAY-THURSDAY: 7am-5:30pm<br>CLOSED: All Fridays, Saturdays, Sundays, and May 25, Memorial Day |
| **MESQUITE CITY CLERK**<br>City Hall, 10 E. Mesquite Blvd.<br>Mesquite | MONDAY-THURSDAY: 8am-5pm<br>FRIDAY: 8am-3:30pm<br>CLOSED: All Saturdays, Sundays, and May 25, Memorial Day |
| **NORTH LAS VEGAS CITY CLERK**<br>City Hall, 8th Floor<br>2250 Las Vegas Blvd. North,<br>North Las Vegas | MONDAY-THURSDAY: 8am-5:45pm<br>CLOSED: All Fridays, Saturdays, Sundays, and May 25, Memorial Day |

## DROP-OFF LOCATION ON JUNE 8, 2020, (MONDAY)

On this date, voters may drop-off their own voted mail ballot in-person, from 8:00 a.m. to 5:00 p.m. at the Clark County Election Department, 965 Trade Dr., North Las Vegas.

## DROP-OFF LOCATIONS ON JUNE 9, 2020, PRIMARY ELECTION DAY (TUESDAY)

On Primary Election Day, voters may drop-off their own voted mail ballot in-person at the locations and during the times listed below.

| DROP-OFF LOCATIONS ON JUNE 9 PRIMARY ELECTION DAY, OPEN 7:00 A.M. TO 7:00 P.M. |
| --- |
| CLARK COUNTY ELECTION DEPARTMENT, 965 Trade Dr., North Las Vegas |
| BOB PRICE RECREATION CENTER, 2050 Bonnie Ln., Las Vegas |
| BUNKERVILLE COMMUNITY CENTER, 200 W. Virgin St., Bunkerville |
| CLARK COUNTY FAIRGROUNDS – LOGANDALE, 1301 Whipple Ave., Logandale |
| DESERT BREEZE COMMUNITY CENTER, 8275 Spring Mountain Rd., Las Vegas |
| DR. WILLIAM U. PEARSON COMMUNITY CENTER, 1625 W. Carey Ave., North Las Vegas |
| ENTERPRISE LIBRARY, 25 E. Shelbourne Ave., Las Vegas |
| HOLLYWOOD RECREATION CENTER, 1650 S. Hollywood Blvd., Las Vegas |
| INDIAN SPRINGS COMMUNITY CENTER, 715 W. Gretta Lane, Indian Springs |
| LAUGHLIN LIBRARY, 2840 S. Needles Highway, Laughlin |
| MOAPA COMMUNITY CENTER, 1340 E. Highway 168, Moapa |
| MOAPA TRIBAL ADMINISTRATION BUILDING, 1 Lincoln St., Moapa |
| MOAPA VALLEY COMMUNITY CENTER - OVERTON, 300 N. Moapa Blvd., Overton |
| MOUNTAIN CREST COMMUNITY CENTER, 4701 N. Durango Dr., Las Vegas |
| PARADISE RECREATION CENTER, 4775 S. McLeod Dr., Las Vegas |
| PASEO VERDE LIBRARY, 280 S. Green Valley Pkwy., Henderson |
| SAHARA WEST LIBRARY, 9600 W. Sahara Ave., Las Vegas |
| SANDY VALLEY COMMUNITY CENTER, 650 W. Quartz Ave., Sandy Valley |
| SEARCHLIGHT COMMUNITY CENTER, 200 Michael Wendell Way, Searchlight |
| SILVER MESA RECREATION CENTER, 4025 Allen Ln., North Las Vegas |
| VETERANS MEMORIAL LEISURE CENTER, 101 N. Pavilion Center Dr., Las Vegas |
| WALNUT COMMUNITY CENTER, 3075 N. Walnut Rd., Las Vegas |
| WHITNEY RECREATION CENTER, 5712 E. Missouri Ave., Las Vegas |
| WINDMILL LIBRARY, 7060 W. Windmill Ln., Las Vegas |

| ADDITIONAL DROP-OFF LOCATIONS ON JUNE 9<br>PRIMARY ELECTION DAY, VARYING HOURS |
|---|
| BOULDER CITY, CITY CLERK, City Hall, Upstairs, 401 California Ave., Boulder City<br>*7:00 a.m. to 6:00 p.m.* |
| CLARK COUNTY GOVERNMENT CENTER, 1st Floor, Rotunda<br>500 S. Grand Central Pkwy., Las Vegas<br>*8:00 a.m. to 5:00 p.m.* |
| HENDERSON CITY CLERK, City Hall, Front of Building, 240 S. Water St., Henderson<br>*7:30 a.m. to 5:30 p.m.* |
| LAS VEGAS CITY CLERK, City Hall, 2nd Floor, 495 S. Main St., Las Vegas<br>*7:00 a.m. to 5:30 p.m.* |
| MESQUITE CITY CLERK, City Hall, 10 E. Mesquite Blvd., Mesquite<br>*8:00 a.m. to 5:00 p.m.* |
| NORTH LAS VEGAS CITY CLERK, City Hall, 8th Floor, 2250 Las Vegas Bl. North, N. Las Vegas<br>*8:00 a.m. to 5:45 p.m.* |

## SAME-DAY REGISTRATION AND SAME-DAY UPDATES OF EXISTING REGISTRATION

**Online Registration and Updates:** If you could not register to vote or update your existing voter registration by mail by May 12, 2020, you still may do so through the Secretary of State's website at www.registertovotenv.gov through June 4, 2020 (Thursday).

- **May 13 to May 21:** If you register to vote or update your existing registration online between May 13 (Wednesday) and May 21, 2020, (Thursday), within about a week you will receive a regular mail ballot with your updated name, precinct, party, etc., as applicable.

- **May 22 to June 4 (Online Same-Day Registration and Same-Day Updates):** If you register to vote or update your existing registration online between May 22 (Friday) and June 4, 2020 (Thursday), you may only vote a paper PROVISIONAL MAIL BALLOT IN-PERSON AT THE CLARK COUNTY ELECTION DEPARTMENT, WHICH YOU MUST IMMEDIATELY TURN IN. You may not take your ballot out of the building. You must also show acceptable identification and, if needed, proof of residency. See page 6 for details on identification and provisional ballot voting. The address is 965 Trade Dr., Suite F, North Las Vegas, NV. The dates for in-person voting are May 23 (Saturday) to June 5 (Friday) and also on June 9 (Tuesday). See page 7 for the "In-Person Voting Location and Schedule," including hours and a map.

<u>Identification and Proof of Residency:</u>  If you register to vote or update your existing voter registration online from May 22 to June 4, or in-person from May 23 to June 5 or on June 9, you must provide identification and, if needed, proof of residency, to vote a paper provisional mail ballot in-person on the spot at the Clark County Election Department.  The identification requirements are:

- Your unexpired Nevada (NV) Department of Motor Vehicles (DMV) Driver's License with your current residential address which must match the address in your registration; or
- Your unexpired NV State Identification Card with your current residential address, which must match the address in your registration; or
- Your NV DMV temporary "Interim Document" with your current residential address, which must match the address in your voter registration.
- <u>IF</u> the address on your identification is not your current residential address, meaning it does not match your voter registration residential address and/or if it is not where you currently live, then you must also provide proof of current residency, such as:
    - A military identification card; or
    - A utility bill (electric, gas, oil, water, sewer, septic, phone, cable); or
    - A bank or credit union statement; or
    - A paycheck; or
    - An income tax return; or
    - A mortgage statement, or residential rental or lease agreement; or
    - A motor vehicle registration; or
    - A property tax statement; or
    - Any other document issued by a governmental agency.

<u>Paper Provisional Mail Ballot Overview and Verification Process:</u>  If you register to vote or update your voter registration either online from May 22 to June 4, or in-person from May 23 to June 5 or on June 9, you may only vote a paper provisional mail ballot by appearing in-person at the Clark County Election Department and voting on the spot. You must also provide the identification indicated above. Your paper provisional mail ballot will have all of the contests and candidates that are on a regular ballot.  It will differ from a regular ballot in that it will be counted only after verification that:

- You were qualified to cast a ballot in the current election;
- You did not cast multiple ballots in the same election;
- You showed acceptable identification when you voted (see above); and
- <u>IF</u> needed, you provided acceptable proof of residency (see above).

<u>In-Person Same-Day Registration and Updates, May 23-June 5 and on June 9:</u> If you could not register to vote or update your existing voter registration by mail by May 12, 2020, or online by May 21, you may do so in-person and vote a paper provisional mail ballot on the spot at the Clark County Election Department from May 23 (Saturday) to June 5, 2020 (Friday), or on June 9, 2020 (Tuesday, Primary Election Day). You may not take your ballot out of the building and you must turn it in immediately. You must show acceptable identification and, if needed, proof of residency. See page 6 for details on identification and provisional ballot voting. The address is 965 Trade Dr., Suite F, North Las Vegas, NV. See below for the "In-Person Voting Location and Schedule," including hours and a map.

## IN-PERSON VOTING LOCATION AND SCHEDULE
<u>May 23 (Sat.)-June 5 (Fri.) and June 9, 2020 (Tues., Primary Election Day)</u>

- May 23-June 3, every day *(including Saturday, Sunday, and Memorial Day on May 25)*: 8:00 a.m.-6:00 p.m.
- June 4-5, Thursday-Friday: 8:00 a.m.-8:00 p.m.
- June 9, Tuesday, Primary Election Day: 7:00 a.m.-7:00 p.m.



## VOTERS WITH DISABILITIES

Several options are available for voters with disabilities:
- Electronic registration and electronic voting will be offered through Nevada's Effective Absentee System for Elections (EASE). This option may be accessed on the Nevada Secretary of State's website at www.NVEASE.gov.
- Voters who register to vote by mail by May 12, 2020, or online by May 21, 2020, may call the County Election Department at (702) 455-VOTE (8683) to request an electronic ballot.
- Unassisted and private in-person voting will be available at the Election Department. The location, dates, and times will be the same as for "In-Person Voting" (see page 7).

## VOTING IN THE NOVEMBER 3 GENERAL ELECTION

At this time, we expect to return to in-person voting for the November 3, 2020, General Election. If that occurs, voters who had not previously requested to receive mail ballots for every election, which is most voters, will be expected to vote at regular polling places. For more information about the General Election see the Election Department's webpage at www.ClarkCountyNV.gov/vote.

## QUESTIONS

More information about the all mail-in Primary Election and other resources for voters are available on the Election Department's website at www.ClarkCountyNV.gov/vote. You may also e-mail questions to the Department at Elinfo@ClarkCountyNV.gov, or call (702) 455-VOTE (8683) or 711 for TTY/TDD devices.

**VOTING OR ATTEMPTING TO VOTE MORE THAN ONCE IN THE SAME ELECTION IS A FELONY. (NRS 293.780)**