David O'Mara (NV Bar #8599)
The O'Mara Law Firm, P.C.
Reno, NV 89501
Telephone: 775/323-1321
David@omaralaw.net
*Local Counsel for Plaintiffs*

James Bopp, Jr. (Ind. bar #2838-84)*
    jboppjr@aol.com
Richard E. Coleson (Ind. bar #11527-70)*
    rcoleson@bopplaww.com
Corrine L. Youngs (Ind. bar #32725-49)*
    cyoungs@bopplaw.com
Amanda L. Narog (Ind. bar #35118-84)*
    anarog@bopplaw.com
True the Vote, Inc.
 Voters' Rights Initiative
The Bopp Law Firm, PC
1 South Sixth St.
Terre Haute, IN 47807‑3510
Telephone: 812/877-4745
*Pro hac vice application pending
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **Stanley William Paher**, **Terresa Monroe-Hamilton**, and **Gary Hamilton**,<br><br>    Plaintiffs<br><br>v.<br><br>**Barbara Cegavske,** in her official capacity as Nevada Secretary of State, **Deanna Spikula**, in her official capacity as Registrar of Voters for Washoe County,<br><br>    Defendants | Case Number:__3:20-CV-00243_____<br><br>**Plaintiffs' Motion to Expedite Briefing Schedule and Hearing on Merits** |

    Plaintiffs Stanley William Paher, Terresa Monroe-Hamilton, and Gary Hamilton, (collectively, "Voters") pursuant to Federal Rule of Civil Procedure 57, move this Court to enter an expedited briefing schedule on Plaintiffs' *Preliminary-Injunction Motion* and merits and hearing on the Motion. In Plaintiffs' good faith efforts to expedite this case, Plaintiff has emailed all pleadings to Defendants' counsel, specifically, Wayne Thorley, Nevada Secretary of State's Office; Herbert Kaplan, Washoe County District Attorney's Office; and Greg Zunino, Nevada Attorney General's Office. So all parties will be notified of the case immedi-

1

ately after filing. Voters proposed the following schedule:

- Defendants shall respond to Plaintiffs' Motion for Preliminary Injunction on Friday, April 24, 2020 at 5:00 PM PST;
- Plaintiffs shall reply on Monday, April 27, 2020 at 5:00 PM PST;
- A hearing on the Motion to be scheduled on Wednesday, April 29, 2020; and
- This Court will rule on the Motion on May 1, 2020.

Accordingly and for the following reasons, Plaintiffs move that this Court order that the briefing, hearing, and decision for the Preliminary-Injunction Motion be expedited so that matter may be resolved before Voters are prejudiced and irreparably harmed.

Voters have filed their *Complaint*, *Preliminary-Injunction Motion*, and *Motion to Consolidate the Hearing on the Motion for Preliminary Injunction with a Hearing on the Merits of the Complaint*. Defendants intend to send out mail-in ballots before May 15, 2020. Ex. E (Elko County states "[i]f you do not receive a ballot by May 15, or you need a replacement ballot, please contact the Clerk's Office"). So mail-in ballots will be mailed out by as early as May 12. Voters request that this Court expeditiously decide this matter in order to prevent constitutional violations from occurring and irreparably harming voters in a short matter of weeks.

Voters will be irreparably harmed because they have no remedy at law if the Plan proceeds and the election is held in violation of Voters' constitutional rights. The Secretary of State's and County Administrator's Plan that is not authorized by the Legislature, is in violation of controlling laws, and seems to have been done without considering fundamental constitutional and rule-of-law mandates that govern their work.

For these reasons, Voters respectfully request this Court order:

- Defendants shall respond to Plaintiffs' Motion for Preliminary Injunction on Friday, April 24, 2020 at 5:00 PM PST;
- Plaintiffs shall reply on Monday, April 27, 2020 at 5:00 PM PST;
- A hearing on the Motion to be scheduled on Wednesday, April 29, 2020; and
- This Court will rule on the Motion on May 1, 2020.

| | |
|---|---|
| April 21, 2020 | Respectfully submitted, |
| James Bopp, Jr. (Ind. bar #2838-84)* | /s/ David O'Mara |
| jboppjr@aol.com | David O'Mara |
| Richard E. Coleson (Ind. bar #11527-70)* | *Attorney for Plaintiffs* |
| rcoleson@bopplaww.com | *Local Counsel for Plaintiffs* |
| Corrine L. Youngs (Ind. bar #32725-49)* | |
| cyoungs@bopplaw.com | |
| Amanda L. Narog (Ind. bar #36118-84)* | |
| anarog@bopplaw.com | |
| True the Vote, Inc. | |
| Voters' Rights Initiative | |
| The Bopp Law Firm, PC | |
| 1 South Sixth St. | |
| Terre Haute, IN 47807‑3510 | |
| Telephone: 812/877-4745 | |

*Pro hac vice application pending

*Counsel for Plaintiffs*