UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STANLEY WILLIAM PAHER, *et al.*, | Case No. 3:20-cv-00243-MMD-WGC |
| Plaintiffs, | ORDER |
| v. | |
| BARBARA CEGAVSKE, in her official capacity as Nevada Secretary of State, *et al.*, | |
| Defendants. | |

Before the Court is Plaintiffs Stanley William Paher, Terresa Monroe-Hamilton, and Garry Hamilton's motion to expedite briefing schedule, citing the need for disposition before the mail-in ballots are scheduled to be sent ("Motion"). (ECF No. 3 supplemented by ECF No. 13).)  The Court will grant the Motion in part.

It is ordered that:

1. Defendants Barbara Cegavske and Deanna Spikula, who Plaintiffs sue in their official capacities, will have until April 27, 2020, at 10:00 am PST to file responses to the two pending motions (ECF Nos. 2 (motion for preliminary injunction), 4 (motion to consolidate)).

2. Plaintiffs will have until April 28, 2020, at 5:00 pm PST to file replies.

3. A hearing via telephone on the two pending motions will be set for April 29, 2020, at 10:00 am. The Court will consider allowing in person hearing if the parties anticipate evidence to be presented. Any such request must be filed by April 24, 2020.

///

///

///

4.  The Court denies the request requiring a ruling on May 1, 2020. The Court will endeavor to rule on the pending motions expeditiously to allow for the parties to pursue appellate review.

DATED THIS 22nd day of April 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

2