CHRISTOPHER J. HICKS
Washoe County District Attorney
HERBERT B. KAPLAN
Deputy District Attorney
Nevada State Bar 7395
1 So, Sierra St.
Reno, NV 89501
(775) 337-5700
hkaplan@da.washoecounty.us
ATTORNEYS FOR DEANNA SPIKULA,
WASHOE COUNTY REGISTRAR OF VOTERS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

STANLEY WILLIAM PAHER, TERRESA MONROE-HAMILTON, AND GARRY HAMILTON,

Plaintiffs,

vs.

BARBARA CEGAVSKE, in her official capacity as Nevada Secretary of State, DEANNA SPIKULA, in her official capacity as Registrar of Voters for Washoe County,

Defendants.

Case No. 3:20-cv-00243

**SUPPLEMENTAL DECLARATION OF DEANNA SPIKULA, WASHOE COUNTY REGISTRAR OF VOTERS, REGARDING COMPLIANCE WITH NRS 293.213(5)**

I, Deanna Spikula, do hereby declare, under penalty of perjury, the following:

1. I am the Washoe County Registrar of Voters ("hereinafter Registrar or Washoe County Registrar"). I was appointed as Registrar by the Washoe County Board of County Commissioners in 2018. Prior to that, I had worked for the Washoe County Registrar of Voters' office since 2011.

2. As the Washoe County Registrar, I have the powers and duties vested in and imposed upon the county clerk of the county with respect to elections, except the duties imposed by virtue of NRS 293.393 to make out and deliver certificates of election.

3. At the hearing conducted on April 29, 2020 in this matter, the issue was discussed of compliance with NRS 293.213(5), which provides that

> The county clerk shall, at least 14 days before establishing or designating a precinct as a mailing precinct or absent ballot mailing precinct or before abolishing a mailing precinct pursuant to this section, cause notice of such action to be:
>
> (a) Posted in the manner prescribed for a regular meeting of the board of county commissioners; and
>
> (b) Mailed to each Assemblyman, Assemblywoman, State Senator, county commissioner and, if applicable, member of the governing body of a city who represents residents of a precinct affected by the action.

4. After the Secretary of State's approval of my request for all mail precincts on March 30, 2020, I provided notice pursuant to the requirements set forth in NRS 293.213(5) on March 31, 2020. The actual designation by my office of the mail precincts occurred on April 20, 2020, more than 14 days after providing the notice.

5. I submit this Supplemental Declaration to clarify the record and make sure the record is correct.

DATED THIS 29th DAY OF APRIL, 2020.

Deanna Spikula