AARON D. FORD
 Attorney General
GREGORY L. ZUNINO, Bar No. 4805
 Deputy Solicitor General
CRAIG A. NEWBY, Bar No. 8591
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1100
E-mail: glzunino@ag.nv.gov
E-mail: cnewby@ag.nv.gov

*Attorneys for Barbara Cegavske*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| STANLEY WILLIAM PAHER, TERRESA MONROE-HAMILTON, and GARY HAMILTON,<br><br>Plaintiffs,<br><br>vs.<br><br>BARBARA CEGAVSKE, in her official capacity as Nevada Secretary of State, DEANNA SPIKULA, in her official capacity as Registrar of Voters for Washoe County,<br><br>Defendants. | Case No.  3:20-cv-00243<br><br>**DEFENDANT SECRETARY OF STATE'S JOINDER IN MOTION TO DISMISS COMPLAINT** |

Defendant Barbara Cegavske, by and through counsel, Aaron D. Ford, Attorney General, Gregory L. Zunino, Deputy Solicitor General, and Craig Newby, Deputy Solicitor General, hereby joins Defendant Deanna Spikula's motion to dismiss the complaint in this case. (ECF No. 62).

DATED this 12th day of May, 2020.

        AARON D. FORD
        Attorney General
        By:   *Gregory L. Zunino*
              GREGORY L. ZUNINO
              Deputy Solicitor General
              gzunino@ag.nv.gov
              CRAIG NEWBY
              Deputy Solicitor General
              cnewby@ag.nv.gov

*Attorneys for Secretary of State*

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 12th day of May, 2020, I filed and served with this Court's CM/ECF electronic filing system, **DEFENDANT'S JOINDER TO WASHOE COUNTY'S REGISTRAR OF VOTERS' MOTION TO DISMISS COMPLAINT,** served listed below:

David O'Mara, Esq.
David@omaralaw.net
*Attorneys for Plaintiffs*

James Bopp, Jr., Esq.
Richard E. Coleson, Esq.
Corrine L. Youngs, Esq.
Amanda L. Narog, Esq.
jboppjr@aol.com
rcoleson@bopplaww.com
cyoungs@bopplaw.com
anarog@bopplaw.com
*Pro Hac Vice Pending*
*Attorneys for Plaintiffs*

Henry J. Brewster, Esq.
Abha Khanna, Esq.
Courtney A. Elgart, Esq.
Jonathan P. Hawley, Esq.
Marc Erik Elias, Esq.
Daniel Bravo, Esq.
Bradley Scott Schrager, Esq.
hbrewster@perkinscoie.com
akhanna@perkinscoie.com
celgart@perkinscoie.com
jhawley@perkinscoie.com
melias@perkinscoie.com
dbravo@wrslawyers.com
bschrager@wrslawyers.com

Herbert Kaplan, Esq.
hkaplan@da.washoecounty.us
*Attorneys for Defendant Registrar of Voters*

_____
An employee of the Office
of the Attorney General