# Exhibit A

*Washoe County Designation of 2020 Precinct and*
*District Maps to Secretary of State on March 10, 2020*

March 10, 2020

Office of Secretary of State Barbara K. Cegavske
Attn: Troy Casa - Elections Division
101 North Carson Street, Suite 3
Carson City, NV 89701

Re: 2020 Precinct and District Maps

Enclosed please find the CD with our District and Precinct maps for 2020 as per NRS 293.206(1).

If you have any questions, please call me at (775) 328-3675.

Sincerely,

Sara Warr
Election Specialist
(775) 328-3675
swarr@washoecounty.us

# Exhibit B

*Washoe County Designation of 2020 Precinct and District Maps to Legislative Counsel on March 20, 2020*

March 20, 2018

State of Nevada Legislative Counsel Bureau
Attn: Research Division
401 S. Carson Street
Carson City, NV 89701

Re: 2020 Precinct and District Maps

Enclosed please find the CD with our District and Precinct maps for 2020 as per
NRS 293.206(1).

If you have any questions, please call me at (775) 328-3675.

Sincerely,

Sara Warr
Election Specialist
(775) 328-3675
swarr@washoecounty.us

# Exhibit C

*Secretary of State's Approval to Washoe County to Designate All Precincts as Mailing Precincts on March 30, 2020*

BARBARA K. CEGAVSKE
*Secretary of State*

**STATE OF NEVADA**



**OFFICE OF THE
SECRETARY OF STATE**

**SCOTT W. ANDERSON**
*Chief Deputy Secretary of State*

**WAYNE THORLEY**
*Deputy Secretary for Elections*

March 30, 2020

<u>Via U.S. Mail and Email</u>

Deanna Spikula, Registrar of Voters
1001 E. Ninth Street, Bldg A, Rm A135
Reno, NV 89512
<u>DSpikula@WashoeCounty.US</u>

RE:     **Request to Designate All Precincts as Mailing Precincts for the 2020 Primary Election**

Dear Ms. Spikula,

This office is in receipt of your request to designate all precincts in your county as mailing precincts for the 2020 primary election, to be held June 9, 2020.  This request is being made in accordance with NRS 293.213(4).

Given the current situation regarding the COVID-19 pandemic, this office approves your request to designate all precincts in your county as mailing precincts for the 2020 primary election.  Please note that at least 14 days prior to officially designating the precincts in your county as mailing precincts, you must follow the noticing requirements found in NRS 293.213(5).

The approval to designate all precincts in your county as mailing precincts is only for the 2020 primary election.  After the 2020 primary election has concluded, all precincts in your county that do not otherwise meet the statutory standard for designation as a mailing precinct will lose the mailing precinct designation.

Thank you for all the work you do to support the electoral process in Nevada.  Should you have any questions about the contents of this letter, please contact the undersigned at (775) 684-5720 or <u>wthorley@sos.nv.gov</u>.

Respectfully,

Barbara K. Cegavske
Secretary of State

By: _____
Wayne Thorley
Deputy Secretary of State for Elections

NEVADA STATE CAPITOL
101 N. Carson Street, Suite 3
Carson City, Nevada  89701-3714

MEYERS ANNEX
COMMERCIAL RECORDINGS
202 N. Carson Street
Carson City, Nevada  89701-4201

LAS VEGAS OFFICE
2250 Las Vegas Blvd North, Suite 400
North Las Vegas, Nevada  89030-5873

nvsos.gov

# Exhibit D

*Washoe County March 31, 2020 Notice of Designation*

«Office» «First_Name» «Last_Name»
«Mailing_Address»
«City», «State» «Zip»

TO:  All State Legislators, County Commissioners, and City Representatives

FROM:  Washoe County Registrar of Voters

Date:  May 31, 2020

Pursuant to NRS 293.213(4), I am notifying you that I have submitted a request to the Nevada Secretary of State to designate all of Washoe County's precincts as mailing precincts for the June 9, 2020 Primary Election *ONLY*.  This decision was made after careful consideration and in consultation with Secretary of State, Barbara Cegavske.  Her office approved our request to designate all 558 of our precincts as mailing precincts on March 30, 2020.

As a nation, state and county, we do not know what precautions in regards to COVID-19 may or may not be in place at the time of the June 9, 2020 Primary Election.  In order to ensure a fair, transparent and accurate election, we had to consider that the current restrictions and social distancing practices would still be in place.

In addition, as you are aware, there is a great deal of preparation that goes into administering any election.  All 17 County Election Officials and the Secretary of State determined we could no longer divide our resources between preparing for an in-person election and preparing for the contingency to switch to an all-mail election.  Because of the critical deadline driven nature of election planning, this decision needed to be made quickly and decisively.

I would like to assure you that all 17 County Election Officials and the Secretary of State are confident that we will be able to conduct a fair, transparent and accurate all-mail in election.  All control, security and verification procedures that are already in place for our no-fault absentee ballot processing will continue to ensure the integrity and accuracy of our Nevada elections.

In closing, it is my determination that the best way to protect the safety and health of citizens, poll workers and staff, as well as ensure that the Primary Election continues uninterrupted, is to bring the ballot box to the voters by establishing all 558 of our precincts as mailing precincts.

Thank you for your understanding of this urgent matter.  Please feel free to contact me with any questions.

Sincerely,


Deanna Spikula

Registrar of Voters

dspikula@washoecounty.us | Office: 775.328.3674

1001 E 9th St., Bldg. A, Rm 135

Reno, NV 89512

# Exhibit E

*Washoe County Request to Publish Notice of Designation
on March 31, 2020*

**From:** Spikula, Deanna
**To:** Jourdin, Elizabeth Kay
**Subject:** Posting per NRS 293.213
**Date:** Tuesday, March 31, 2020 2:21:00 PM
**Attachments:** 20 Notice of Mail In Precincts Officials.docx
image003.png
image004.png
image005.png
image006.png
image007.png

Hi Elizabeth,

This needs to be posted in the manner for postings for BCC meetings.  Thanks.

**Thank you,**



**Deanna Spikula**
**Registrar of Voters**
dspikula@washoecounty.us | Office: 775.328.3674
1001 E 9th St., Bldg. A, Rm 135
Reno, NV 89512



# Exhibit F

*Washoe County Published Notice of All Mail Precincts on April 8, 2020*

Exhibit B

<u>Declaration of Publication</u>
STATE OF NEVADA,
County of Washoe-SS

_____ Kenzie J. Clay _____

declares and says that she is the Record
Clerk of the SPARKS TRIBUNE, a daily
Newspaper, published in Sparks, Washoe
County , Nevada; that she has charge of
and knows the advertising appearing in
said newspaper, and the

_____ NOTICE OF PRIMARY ELECTION _____

_____ ALL MAIL ELECTION _____

_____ JUNE 9, 2020 _____

of which a copy is hereunto attached, was
first published in said newspaper in its
issue dated

_____ 8th  day of April, 2020 _____

_____

the date of the last publication being in the
issue of

_____ April 15, 2020 _____

Under penalty of perjury, I declare that
The foregoing is true and correct.

Dated  15th day of April , 2020

*Kenzie J. Clay*
Kenzie J. Clay

---

# NOTICE OF
# PRIMARY ELECTION

NOTICE IS HEREBY GIVEN that a statewide
Primary Election will be held on Tuesday, June 9, 2020.

In response to the safety and health concerns of COVID-19
(Novel Coronavirus), Nevada Secretary of State Barbara Cegavske,
in partnership with the 17 county election officials for Nevada,
announces that the June 9, 2020, Primary election will be an
All-Mail election.

*This announcement applies only
to the June 9, 2020 Primary Election.*

All active registered voters in Washoe County will be mailed an
absentee ballot. No action or steps, such as submitting an absentee
ballot request, are required by individual voters in order to receive a
ballot in the mail. Voters will be able to mark their ballot at home
and then return it by mail using a postage-prepaid envelope or by
dropping it off in person at the Registrar of Voters Office at
1001 E. 9th St., Reno, NV 89512.
Absentee ballots must be postmarked on or before Election day
or dropped off in person by 7 p.m. on Election Day.

In order to distribute all ballots in the most efficient manner possible,
please confirm that your voter registration information is
up-to-date by visiting our website at
https://www.washoecounty.us/voters/index.php
and using our Voter Registration Lookup tool. This includes your
name, residence and mailing address and political party affiliation
to avoid any delays with receiving your ballot.

To register to vote online or make updates
to your existing voter record, visit

www.RegisterToVoteNV.gov

One location for in-person voting on Election Day will be available
at the Washoe County Administrative Complex located at
1001 E. 9th St, Reno, NV 89512, from 7 a.m. to 7 p.m.
We highly encourage voters to vote and return their ballot by mail
so that we can further promote the health and well-being of our
citizens, poll workers, and staff. Please do your part to encourage
safe and responsible voting for all.

# Exhibit G

*Clark County Designation of Precinct and District Maps*
*to Secretary of State and Legislative Counsel on March 30*

# Election Department

965 Trade Dr • Ste A • North Las Vegas NV  89030
Voter Registration (702) 455-8683  • Fax (702) 455-2793

Joseph Paul Gloria, Registrar of Voters
Lorena Portillo, Assistant Registrar of Voters

March 30, 2020

Michelle Romero
CITY COUNCIL WARD I
240 Water St.
Henderson, NV 89015

**SUBJECT:  All Mail Ballot Election Notification, In Accordance with NRS 293.213 (5)**

This letter will serve as notice that Nevada Secretary of State, Barbara Cegavske, in partnership with the 17 county election officials for Nevada, have called for an all-mail ballot election for the June 9, 2020 Primary Election.

Registered voters in Clark County will be mailed an absentee ballot for the Primary Election. No action or steps, such as submitting an absentee ballot request application, are required by individual voters in order to receive a ballot in the mail. Voters will be able to mark their ballot at home and then return it by mail using a postage paid envelope **or** by dropping it off in person at a designated county mail drop off location.

We will also be providing a location for those voters who need to make use of same day registration at our Election Center located at 965 Trade Dr., North Las Vegas, NV.  If unregistered to vote they will be able to register on site and cast their ballot at the same time. This announcement applies only to the June 9, 2020 Primary Election.  Dates and times will be made available through public notice, on our website, and through our outreach program to voters.

The Clark County Election Department will be working with our Public Information Office, and community partners, to provide voter's information during the month of April.

If you have any questions please let me know.

Sincerely,

Joseph Paul Gloria
Clark County, Registrar of Voters

**BOARD OF COUNTY COMMISSIONERS**
MARILYN KIRKPATRICK, Chair  •  LAWRENCE WEEKLY, Vice Chair
LARRY BROWN  •  JAMES B. GIBSON  •  JUSTIN C. JONES  •  MICHAEL NAFT  •  TICK SEGERBLOM
YOLANDA T. KING, County Manager



# Election Department

965 Trade Dr • Ste A • North Las Vegas NV 89030
Voter Registration (702) 455-8683 • Fax (702) 455-2793

Joseph Paul Gloria, Registrar of Voters
Lorena Portillo, Assistant Registrar of Voters

March 18, 2020

The Honorable Barbara K. Cegavske
Secretary of State, State of Nevada
101 North Carson Street, Suite 3
Carson City, NV 89701-4786

Attention:    Wayne Thorley
              Deputy Secretary of State for Elections

Dear Secretary Cegavske:

In response to the coronavirus situation we are all dealing with at the local level, I am writing to request that we are given permission to hold an all mail ballot election for the 2020 Primary Election in Clark County. I make my request pursuant to NRS 293.213(4). We cannot be certain that the poll workers or voting locations can be made available to us based on the publics concern related to being exposed to the coronavirus.

We fully intend to provide the normal in person voting process for the General Election at this point, this is only an emergency response to our current situation with coronavirus. We do not intend to use this as a springboard to encourage the state to move to an all mail ballot process in the future. Our voters have consistently indicated that they prefer the in person experience in Clark County. No excuse mail ballot requests have been allowed for many years and we have not seen a substantial increase in the number of voters who choose to vote by mail.

We hope you appreciate the sense of urgency in making the decision to move to mail for the Primary Election, there is a tremendous amount of work that needs to be done in order to prepare for this scenario. We need approval as soon as possible.

Sincerely,

Joseph P. Gloria
Registrar of Voters
Clark County, NV

**BOARD OF COUNTY COMMISSIONERS**
MARILYN KIRKPATRICK, Chair • LAWRENCE WEEKLY, Vice Chair
LARRY BROWN • JAMES B. GIBSON • JUSTIN C. JONES • MICHAEL NAFT • TICK SEGERBLOM
YOLANDA T. KING, County Manager

# Exhibit H

*Clark County Published Notice of All Mail Precincts*
*on April 9, 2020*

# MEMORANDUM
# ELECTION DEPARTMENT

**Joseph P. Gloria**
REGISTRAR OF VOTERS

TO:  ALL ACTIVE REGISTERED VOTERS

FROM:  JOSEPH P. GLORIA, REGISTRAR OF VOTERS

SUBJECT:  2020 ALL MAIL PRIMARY ELECTION, JUNE 9, 2020

DATE: April 9, 2020

**All Mail Ballot Election Notification, In Accordance with NRS 293.213 (5)(a)**

This memo will serve as notice that Nevada Secretary of State, Barbara Cegavske, in partnership with the 17 county election officials for Nevada, have called for an all-mail ballot election for the June 9, 2020 Primary Election.

Registered voters in Clark County will be mailed an absentee ballot for the Primary Election. No action or steps, such as submitting an absentee ballot request application, are required by individual voters in order to receive a ballot in the mail. Voters will be able to mark their ballot at home and then return it by mail using a postage paid envelope **or** by dropping it off in person at a designated county mail drop off location.

We will also be providing a location for those voters who need to make use of same day registration at our Election Center located at 965 Trade Dr., North Las Vegas, NV.  If unregistered to vote they will be able to register on site and cast their ballot at the same time. This announcement applies only to the June 9, 2020 Primary Election.  Dates and times will be made available through public notice, on our website, and through our outreach program to voters.

The Clark County Election Department will be working with our Public Information Office, and community partners, to provide voter's information during the month of April.

# Exhibit I

*April 2, 2020 Clark County Notice of All Mail Precincts and Ballot Drop Off Centers*

# 2*0*2*0 ELECTION

## STATE OF NEVADA - COUNTY OF CLARK

I, JOSEPH P. GLORIA, the duly appointed Register of Voters for the County of Clark, State of Nevada, do hereby certify that the All Mail Ballot Primary Election will be held on Tuesday, June 9, 2020. All active voters will receive a mail ballot. In order to ensure you receive your mail ballot for the primary election, your residential address or mailing address must be current. You can update your registration information online at the Secretary of State's website at www.RegisterToVoteNV.gov. A list of the DROP-OFF locations and business hours are listed below if you prefer to deliver your ballot in person.

All inactive voters will be receiving a notice in the mail asking them to update their information in order to be listed as active voters and receive a mail ballot for the 2020 Primary Election. We will also be providing an information guide to voters through the mail and on our website, www.clarkcountynv.gov/vote, to provide information related to same day registration at our Election Center, located at 965 Trade Dr., North Las Vegas, NV 89030. Any questions related to the election can be made via phone at (702) 455-VOTE (8683).

WITNESS MY HAND and SEAL this 2nd day of April 2020.

JOSEPH P. GLORIA
Registrar of Voters

## MAIL BALLOT DROP-OFF LOCATIONS
### FOR THE JUNE 9, 2020 PRIMARY ELECTION, CLARK COUNTY, NV

**THROUGH JUNE 5 (FRIDAY)**
**(Only the Clark County Election Dept. will be available on May 25, Memorial Day)**

Through June 5, if you wish to drop-off your own voted mail ballot in-person, you may do so **ONLY** at the places listed below at the times indicated.

| DROP-OFF LOCATIONS THROUGH JUNE 5 (FRIDAY) | DATES AND HOURS |
|---|---|
| CLARK COUNTY ELECTION DEPARTMENT 965 Trade Dr., North Las Vegas | UP TO MAY 22, MON.-FRI.: 8am-5pm CLOSED: Sat. and Sun., only up to May 17 MAY 23-JUNE 3, EVERY DAY: 8am-6pm *JUNE 4-5, THURS.-FRI.: 8am-8pm |
| CLARK COUNTY GOVERNMENT CENTER 1st Floor, Rotunda 500 S. Grand Central Pkwy., Las Vegas | MONDAY-FRIDAY: 8am-5pm CLOSED: All Saturdays, Sundays, and May 25, Memorial Day Holiday |
| BOULDER CITY, CITY CLERK City Hall, Upstairs, 401 California Ave, Boulder City | MONDAY-THURSDAY: 7am-6pm CLOSED: All Fridays, Saturdays, Sundays, and May 25, Memorial Day |
| HENDERSON CITY CLERK City Hall, Front of Bldg., 240 Water St, Henderson | MONDAY-THURSDAY: 7:30am-5:30pm CLOSED: All Fridays, Saturdays, Sundays, and May 25, Memorial Day |
| LAS VEGAS CITY CLERK City Hall 2nd Floor, 495 S. Main St., Las Vegas | MONDAY-THURSDAY: 7am-5:30pm CLOSED: All Fridays, Saturdays, Sundays, and May 25, Memorial Day |
| MESQUITE CITY CLERK City Hall, 10 E. Mesquite Blvd, Mesquite | MONDAY-THURSDAY: 8am-5pm FRIDAY: 8am-3:30pm CLOSED: All Saturdays, Sundays, and May 25, Memorial Day |
| NORTH LAS VEGAS CITY CLERK City Hall, 8th Floor 2250 Las Vegas Blvd, North, N. Las Vegas | MONDAY-THURSDAY: 8am-5:45pm CLOSED: All Fridays, Saturdays, Sundays, and May 25, Memorial Day |

**JUNE 8 (MONDAY)**

On this date, if you wish to drop-off your own voted mailballot in-person, you may do so **ONLY** from 8:00 a.m. to 5:00 p.m. at the **CLARK COUNTY ELECTION DEPARTMENT**, 965 Trade Dr., North Las Vegas.

**JUNE 9, PRIMARY ELECTION DAY (TUESDAY)**

On Election Day, if you wish to drop-off your own voted mail ballot in person, you may do so **ONLY** at the places listed below at the times indicated.

| DROP-OFF LOCATIONS ON JUNE 9 PRIMARY ELECTION DAY, OPEN 7:00 A.M. TO 7:00 P.M. |
|---|
| CLARK COUNTY ELECTION DEPARTMENT, 965 Trade Dr., North Las Vegas |
| *BOB PRICE RECREATION CENTER, 2050 Bonnie Ln. |
| BUNKERVILLE COMMUNITY CENTER, 200 W. Virgin St., Bunkerville |
| CLARK COUNTY FAIRGROUNDS – LOGANDALE, 1301 Whipple Ave., Logandale |
| *DESERT BREEZE COMMUNITY CENTER, 8275 Spring Mountain Rd. |
| *DR. WILLIAM U. PEARSON COMMUNITY CENTER, 1625 W. Carey Ave. |
| *ENTERPRISE LIBRARY, 25 E. Shelbourne Ave. |
| *HOLLYWOOD RECREATION CENTER, 1650 S. Hollywood Blvd. |
| INDIAN SPRINGS COMMUNITY CENTER, 715 W. Gretta Lane, Indian Springs |
| LAUGHLIN LIBRARY, 2840 S. Needles Highway, Laughlin |
| MOAPA COMMUNITY CENTER, 1340 E. Highway 168, Moapa |
| MOAPA TRIBAL ADMINISTRATION BUILDING, 1 Lincoln St., Moapa |
| MOAPA VALLEY COMMUNITY CENTER – OVERTON, 300 N. Moapa Blvd., Overton |
| *MOUNTAIN CREST COMMUNITY CENTER, 4701 N. Durango Dr. |
| *PARADISE RECREATION CENTER, 4775 S. McLeod |
| *PASEO VERDE LIBRARY, 280 S. Green Valley Pkwy. |
| *SAHARA WEST LIBRARY, 9600 W. Sahara Ave. |
| SANDY VALLEY COMMUNITY CENTER, 650 W. Quartz Ave., Sandy Valley |
| *SEARCHLIGHT COMMUNITY CENTER, 200 Michael Wendell Way, Searchlight |
| *SILVER MESA RECREATION CENTER, 4025 Allen Ln. |
| *VETERANS MEMORIAL LEISURE CENTER, 101 N. Pavilion Center Dr. |
| *WALNUT COMMUNITY CENTER, 3075 N. Walnut Rd. |
| *WHITNEY RECREATION CENTER, 5712 E. Missouri Ave. |
| WINDMILL LIBRARY, 7060 W. Windmill Ln. |

| CLARK COUNTY GOVERNMENT CENTER DROP-OFF LOCATION ON JUNE 9 PRIMARY ELECTION DAY, OPEN 8:00 A.M. TO 5:00 P.M. |
|---|
| CLARK COUNTY GOVERNMENT CENTER, 1st Floor, Rotunda 500 S. Grand Central Pkwy., Las Vegas |

| CITY CLERK DROP-OFF LOCATIONS ON JUNE 9 PRIMARY ELECTION DAY, HOURS OF OPERATION VARY |
|---|
| BOULDER CITY, CITY CLERK, City Hall, Upstairs, 401 California Ave., Boulder City 7:00 a.m. to 6:00 p.m. |
| HENDERSON CITY CLERK, City Hall, Front of Building, 240 Water St., Henderson 7:30 a.m. to 5:30 p.m. |
| LAS VEGAS CITY CLERK, City Hall, 2nd Floor, 495 S. Main St., Las Vegas 7:00 a.m. to 5:30 p.m. |
| MESQUITE CITY CLERK, City Hall, 10 E. Mesquite Blvd., Mesquite 8:00 a.m. to 5:00 p.m. |
| NORTH LAS VEGAS CITY CLERK, City Hall, 8th Floor, 2250 Las Vegas Bl. North, N. Las Vegas. 8:00 a.m. to 5:45 p.m. |

DATED March 31, 2020

*Date & locations updated from previous publications.

JOSEPH P. GLORIA, Registrar of Voters
PUB: April 11, 18, 2020 Las Vegas Review-Journal

# Exhibit J

*Secretary Cegavske Announces Plan to Conduct June 9, 2020*
*Primary Election by All Mail*

# Press Releases

## Secretary Cegavske Announces Plan to Conduct the June 9, 2020 Primary Election by All Mail

**Post Date:**                03/24/2020 3:58 PM



FOR IMMEDIATE RELEASE
Contact: Wayne Thorley
(775) 684-5720
wthorley@sos.nv.gov

(Carson City, NV; March 24, 2020) – Nevada Secretary of State Barbara Cegavske, in partnership with Nevada's 17 county election officials, announces today plans to conduct an all-mail election for the June 9, 2020 primary election. All active registered voters in Nevada will be mailed an absentee ballot for the primary election. No action or steps, such as submitting an absentee ballot request application, will be required by individual voters in order to receive a ballot in the mail. Voters will be able to mark their ballot at home and then return it by mail using a postage-prepaid envelope or by dropping it off in person at a designated county location. This announcement applies only to the June 9, 2020 primary election.

Secretary Cegavske seeks to reassure voters in Nevada that their health and safety while participating in voting is paramount to state and local election officials. "Because of the many uncertainties surrounding the COVID-19 pandemic, as well as the immediate need to begin preparations for the 2020 primary election, it became necessary for me to take action regarding how the election will be conducted," said Cegavske. "Based on extensive conversations with Nevada's 17 county election officials, we have jointly determined that the best option for the primary election is to conduct an all-mail election."

In order to slow the spread of the novel coronavirus, federal and state health officials have discouraged group gatherings. The training of thousands of poll workers who support Nevada's large in-person voter effort was scheduled to begin next week. The majority of Nevada's poll workers belong to groups that are at high-risk for severe illness from COVID-19. In order to maintain a high level of access to the ballot, while protecting the safety of voters and poll workers, the decision to conduct an all-mail primary election was made.

Even though the majority of voters will be casting a mail ballot for the June 9, 2020 primary election, the high standard Nevada has set for ensuring the security, fairness, and accuracy of elections will still be met. Deputy Secretary of State for Elections Wayne Thorley said, "The priority of the Secretary of State's Elections Division is to ensure every eligible Nevadan has the opportunity to safely vote in the primary election and that the integrity of the election is maintained. We are working with our 17 county election officials to implement the changes necessary to successfully administer this election."

In order to accommodate same-day voter registration, as well as assist voters who have issues with the ballot that was mailed to them, at least one in-person polling location will be available in each county for the June 9, 2020 primary election. These polling locations will be set up to ensure the safety of voters and poll workers alike. Because in-person voting opportunities will be extremely limited for the primary election, Nevadans are encouraged to register to vote now and not rely on the same-day registration process. Voters are also encouraged to confirm that their voter registration information is up-to-date, including mailing address and political party affiliation. Visit www.RegisterToVoteNV.gov to register to vote online or make updates to your existing voter record.

Voters are reminded that absentee ballots must be dropped off in person by the close of polls on Election Day, or postmarked by Election Day. Ballots that are postmarked by Election Day and received no later than seven days after the election will be counted. Additionally, if a voter fails to sign the ballot return envelope or the voter's signature does not match the one on file with the county election official, the voter will be contacted, and the voter will have up to the seventh day after the election to make the necessary correction. It is important to understand that these statutory deadlines will result in updating vote totals and election results for up to seven days after the election. Close races may remain undecided until all ballots are counted. All counties must certify the election results no later than 10 days after the election.

For more information about the June 9, 2020 primary election, please contact the Secretary of State's Elections Division at (775) 684-5705 or nvelect@sos.nv.gov.

# # #

*Return to full list >>*

# Exhibit K

*Nevada Secretary of State ~ Absent Voting*

## Absent Voting

**Please note**: *Nevada plans to conduct an **all-mail election** for the **June 9, 2020** primary election. All active registered voters in Nevada will be mailed an absentee ballot for the primary election. No action or steps, such as submitting an absentee ballot request application, will be required by individual voters in order to receive a ballot in the mail. Voters will be able to mark their ballot at home and then return it by mail using a postage-prepaid envelope or by dropping it off in person at a designated county location. This announcement applies only to the June 9, 2020 primary election.*

### Requesting an Absent Ballot

Any registered voter may request to vote by mail. To request an absent ballot, you must complete and submit an Absent Ballot Request Form to the County Clerk/Registrar of Voters in the county where you are registered to vote. If you are a resident of Clark County, you may obtain the form from their website at http://www.clarkcountynv.gov/vote.

### Permanent Absent Ballot

A registered voter who provides  sufficient  written notice to the appropriate county clerk may request that the registered voter receive an absent ballot for all elections at which the registered voter is eligible to vote. If you relocate to a different county within Nevada and you wish to continue to receive a Permanent Absent Ballot, you must re-register to vote in the new county and resubmit a Permanent Absent Ballot request with the County Clerk or Registrar of Voters office.

## Deadline for Requesting an Absent Ballot

A request to vote an absent ballot must be received by your local county election official no later than 5 p.m. on the **fourteenth** calendar day preceding an election. However, absent ballot requests should be submitted as early as possible to allow enough time to receive, mark, and return your absent ballot by the deadline. If returned in person, absent ballots must be dropped off by 7 p.m. on Election Day.  If returned by mail, absent ballots must be postmarked by Election Day.  Absent ballots that are postmarked by Election Day and received no later than 7 days after the election will be counted.

### Identification and Residency Requirements for First Time Voters

Please be aware of the identification requirement for first time voters who vote by mail. To fulfill this requirement you must submit to your County Clerk/Registrar official identification of <u>both</u> IDENTITY <u>and</u> RESIDENCY with either your registration application or absent ballot request form.  "Official Identification" means a government-issued, or otherwise official, article or combination of articles, which establishes both the identity and residence (see examples below).

Please direct any questions regarding absentee voting to your respective County Clerk/Registrar or the Elections Division at (775) 684-5705.

### Forms of ID may include (See NAC 293.395(2)):

- A current and valid Nevada driver's license
- A current and valid identification card issued by the Department
- A current and valid identification card issued by a branch of the Armed Forces of the United States
- A current and valid identification card issued by a sheriff of a Nevada county to an employee as a condition of employment by certain business enterprises

- A current and valid identification card issued by an agency of the State of Nevada or political subdivision thereof or the United States, including, without limitation, a public school, college or university
- Current and valid student identification card from an accredited private school, college or university
- Current and valid United States passport
- Current and valid insurance plan identification card which the county clerk determines, in his or her discretion, to be a reliable indication of the true name and identity of the person
- Current and valid tribal identification card

**Articles Establishing Residency may include (NAC 293.395(3)):**

- Any form of ID set forth above
- Current and valid utility bill, including, without limitation, a bill for electricity, gas, oil, water, sewer, septic, telephone, cellular telephone or cable television
- Current and valid bank or credit union statement
- Current and valid paycheck
- Current and valid income tax return
- Current and valid statement concerning mortgage, rental or lease of a residence
- Current and valid motor vehicle registration
- Current and valid document issued by a governmental agency
- Current and valid property tax statement
- Any other official article which the county clerk determines, in his or her discretion, to be a reliable indication of the true residential address of the person

# Exhibit L

*2020 Non-Judicial Candidates Filed*
*with the Secretary of State*

# 2020 Non- Judicial Candidates
# Filed with the Secretary of State

| Candidate's Name | Contact Information | Party | Date Filed |
|---|---|---|---|
| *U.S. House of Representatives, District 2* | | | |
| Ackerman, Patricia | patricia@ackerman4congress.com<br>www.ackerman4congress.com<br>@PackermanNV | Democrat | 3/6/2020 |
| Amodei, Mark E | Amodei4Nevada02@gmail.com<br>www.amodeifornevada.com<br>@AmodeiForNevada | Republican | 3/6/2020 |
| Beck, Joel Paul | joel@beckforcongress.us | Republican | 3/12/2020 |
| Cohen, Ed | edcohen@edcohenforcongress.com<br>edcohenforcongress.com<br>@voteedcohen | Democrat | 3/9/2020 |
| Dunn III, Richard John | rdunniii@mac.com | Independent | 3/6/2020 |
| Hansen, Janine | director@iapn.org<br>www.janinehansen.com<br>janine@janinehansen.com | Independent American | 3/10/2020 |
| Hernandez, Reynaldo | ReynaldoHernandez40@yahoo.com | Democrat | 3/9/2020 |
| Hurley, Jesse Douglas | contact@hurleyfornv.com | Republican | 3/13/2020 |
| Koble, Clint | clint@kobleforcongress.com<br>www.kobleforcongress.com<br>@Koble4Congress | Democrat | 3/5/2020 |
| Luetkehans, Ian | ianluetkehans@gmail.com | Democrat | 3/2/2020 |
| Schiffman, Steve | democracyesq@aol.com | Democrat | 3/11/20 |
| Shepherd, Rick | rick@rickshepherd.com<br>www.rickshepherd.com<br>@rickshepherd.com | Democrat | 3/2/2020 |
| *U.S. House of Representatives, District 4* | | | |
| Bingham, Rosalie | rosaliebingham@yahoo.com<br>@rosaliebingham | Republican | 3/12/2020 |
| Blundo, Leo | Leonardoblundo@hotmail.com<br>www.blundofornevada.com<br>@blundofornevada | Republican | 3/13/2020 |
| Brucato, George J. | Gbrucato@Msn.com<br>www.bullunion.com<br>@GeorgeBrucato | Democrat | 3/12/2020 |
| Colley, Christopher Kendall | colleyforcongress.com | Democrat | 3/2/2020 |

# 2020 Non- Judicial Candidates
# Filed with the Secretary of State

| Candidate's Name | Contact Information | Party | Date Filed |
|---|---|---|---|
| d'Ayr, Steffanie Gabrielle | www.brieforNevada.com<br>@brieforNevada | Democrat | 3/13/2020 |
| Eason, Jennifer | jennifer-mchugh@hotmail.com | Democrat | 3/3/2020 |
| Esteban, Jonathan Royce | go@vote4esteban.com<br>vote4esteban.com<br>@vote4esteban | Libertarian | 3/9/2020 |
| Horsford, Steven A. | www.stevenhorsford.com<br>info@stevenhorsford.com<br>@stevenhorsford | Democrat | 3/2/2020 |
| Kempton, Gregory | kemptonforcongress.nv@gmail.com<br>www.gregorykemptonforcongress.com<br>@KemptonNV | Democrat | 3/9/2020 |
| Merchant, Jim | Jim@jimmarchant.com<br>www.jimmarchant.com<br>@Votejimmarchant | Republican | 3/6/2020 |
| Navarro, Charles | charles@navarrofornevada.com<br>www.navarrofornevada.com<br>@NavarroforNV | Republican | 3/13/2020 |
| Peters, Sam | www.sampeters4congress.com<br>sam@sampeters4congress.com<br>@sampetersNevada | Republican | 3/2/2020 |
| Reed, Randi | randireedNV@gmail.com<br>www.randireednv.com<br>@RandiReedNV | Republican | 3/13/2020 |
| Rubinson, Barry | BLRubinson@gmail.com<br>www.iap.org | Independent American | 3/10/2020 |
| Sutton, Lisa Song | Lisa@lisa4Nevada.com<br>www.Lisa4Nevada.com<br>@LisaSongSutton | Republican | 3/12/2020 |
| Wood, Rebecca | chuck@rebeccawood.us<br>@rebeccawoodNV<br>www.rebeccawood.us | Republican | 3/9/2020 |
| **Nevada State Senate, District 19** | | | |
| Goicoechea, Pete | pgoicoechea@yahoo.com | Republican | 3/2/2020 |
| Seeback, Tiffany | godfathervegas@hotmail.com<br> KWKIRadio.com | Independent American | 3/12/2020 |
| **Nevada State Assembly, District 32** | | | |

# 2020 Non- Judicial Candidates
# Filed with the Secretary of State

| Candidate's Name | Contact Information | Party | Date Filed |
|---|---|---|---|
| Hansen, Alexis | alexishansennv@gmail.com<br>www.alexishansennv.com<br>@alexishansenNV | Republican | 3/9/2020 |
| Povilaitis, Paula | paulaforassembly32@gmail.com<br>paulaforassembly.com | Democrat | 3/3/2020 |
| *Nevada State Assembly, District 33* | | | |
| Ellison, John C. | john@ellisonelko.com<br>ellisonforAD33.com | Republican | 3/2/2020 |
| *Nevada State Assembly, District 36* | | | |
| Bradley, Joseph J. | joe@electjoebradley.com<br>www.electjoebradley.com | Republican | 3/5/2020 |
| Hafen , Gregory T. | Gregory@Hafen4Nevada.com<br>www.Hafen4Nevada.com | Republican | 3/2/2020 |
| *Nevada State Assembly, District 38* | | | |
| Titus, Robin L. | http://voterobintitus.com<br>@drrobintitus | Republican | 3/4/2020 |
| Ulrich, Jeff | julrich4God@gmail.com | Republican | 3/6/2020 |
| *Nevada State Assembly, District 39* | | | |
| Chang, Deborah | deborah@chang4assembly.org | Democrat | 3/12/2020 |
| Jones, Dave | dave.jones@LPNevada.org | Libertarian | 3/6/2020 |
| Wheeler, Jim | jim@wheeler4nevada.org | Republican | 3/2/2020 |
| *Nevada State Assembly, District 40* | | | |
| Loyd, Sena | librariansena@gmail.com | Democrat | 3/13/2020 |
| Morgan, Derek Ray | DerekMorganNV@gmail.com<br>DerekMorganNV.com<br>@derekraymorgan | Democrat | 3/2/2020 |
| O'Neill, Philip | pk@nvsig.com | Republican | 3/13/2020 |
| Scaffidi, Sherrie | SherrieForNevada40@yahoo.com | Democrat | 3/3/2020 |
| Williams, Day | www.day4assembly.com<br>day-williams@sbcglobal.net | Republican | 3/3/2020 |
| *State Board of Education, District 2* | | | |
| Coombs, Katie | kdcoombs72@yahoo.com | Nonpartisan | 3/2/2020 |
| *State Board of Education, District 4* | | | |

## 2020 Non- Judicial Candidates
## Filed with the Secretary of State

| Candidate's Name | Contact Information | Party | Date Filed |
|---|---|---|---|
| Cantu, Rene | cantu.nevada@yahoo.com<br>@CantuNevada | Nonpartisan | 3/13/2020 |
| Newburn, Robert Mark | mark4education.com<br>@rmarknewburn<br>mark@mark4education.com | Nonpartisan | 3/2/2020 |
| Richardson, Vincent L. | vinnie_rich@yahoo.com<br>@vinnie_rich | Nonpartisan | 3/13/2020 |

# Exhibit M

*Primary Election Notice of Vote-By-Mail Election on June 9, 2020 and Official Sample Ballot*



# JUNE 9, 2020 PRIMARY ELECTION
## NOTICE OF VOTE-BY-MAIL ELECTION AND OFFICIAL SAMPLE BALLOT

**Please read this entire notice for important details on how to vote by mail!**
**NOTICE:  The location of your polling place has changed for this election ONLY.**
**For the Primary Election, all registered voters will receive a ballot in the mail to vote.**
**You are _strongly_ encouraged to vote the ballot that is mailed to you and return it by**
**postal mail to help ensure the health and safety of our community.**





# JUNE 9, 2020 PRIMARY ELECTION
### NOTICE OF VOTE-BY-MAIL ELECTION AND
### OFFICIAL SAMPLE BALLOT

### Please read this entire notice for important details on how to vote by mail.

In response to the COVID-19 (Novel Coronavirus) pandemic, **every** registered voter in Washoe County will receive an absentee ballot (mail-in ballot) for voting by mail in the **June 9, 2020 Primary Election ONLY**.

If you are registered to vote at your current address, it is not necessary for you to take any further action in order to receive your absentee ballot. If you are not registered or need to update your registration information (address, name, party), please do so immediately at the Secretary of State's website:

### www.RegisterToVoteNV.gov *

> **The Secretary of State and Washoe County Registrar of Voters _strongly_ encourage all voters to take advantage of online registration and absentee ballots in order to comply with social distancing and safety guidelines during this pandemic.**

**This notice contains:**
- (a) Important dates and deadlines;
- (b) Instructions for registering or updating your information online;
- (c) Provisions for same-day registration and in-person voting services;
- (d) How to vote by mail (absentee ballot);
- (e) Early Voting and Election Day location and hours; and
- (f) Sample Ballot including all offices and candidates for partisan and nonpartisan ballots.

**\*** You must have a driver's license or identification card issued by the Nevada Department of Motor Vehicles in order to register to vote online. If you do not have either, you must register by mail or in-person. Please see Page 3 for additional instructions.

## Important Dates for the 2020 Primary

**May 12, 2020-Mail or DMV Deadline:**
The last day to register to vote or update your voter registration information through the DMV, by mail, or with any other outside organization or agency.

**May 21, 2020 – Online Deadline:**
Last day to register or update your registration online is May 21, 2020 and still receive an absentee ballot for the Primary Election.

**May 22 – June 4, 2020—Extended Online Registration:**
Voters may still register or update their registration online but will have to appear in person and provide a current and valid Nevada driver's license or identification card and proof of residency to vote.

**Early Voting (Primary)***
**May 23 – June 5, 2020**
See calendar for polling hours.

**Election Day (Primary)***
**Tuesday, June 9, 2020**
Polls Open: 7 a.m. to 7 p.m.

### Same-Day Registration Is ONLY Available In-Person.

## *The Office of the Washoe County Registrar of Voters will be the only polling location for in-person voting, updates to registration, and same-day registration during Early Voting (May 23-June 5, 2020) and on Election Day (June 9, 2020).

**Early Voting Hours for the Primary Election:**

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | | 23<br><br>10 a.m. to 4 p.m. |
| 24<br><br>10 a.m. to 2 p.m. | 25<br><br>10 a.m.to 4 p.m. | 26<br><br>8 a.m. to 6 p.m. | 27<br><br>8 a.m. to 6 p.m. | 28<br><br>8 a.m. to 6 p.m. | 29<br><br>8 a.m. to 6 p.m. | 30<br><br>10 a.m. to 4 p.m. |
| 31<br><br>10 a.m. to 2 p.m. | 1<br><br>8 a.m. to 6 p.m. | 2<br><br>8 a.m. to 6 p.m. | 3<br><br>8 a.m. to 6 p.m. | 4<br><br>8 a.m. to 6 p.m. | 5<br><br>8 a.m. to 6 p.m. | |

**Same-Day Registration and Updates (In-Person):** You may register or update your registration in-person at the Office of the Washoe County Registrar of Voters from May 22, 2020 to Friday, June 5, 2020 and again on Tuesday, June 9, 2020 (Election Day).

| **Identification Required for New Registrants and Updates** | **Proof of Residency:** |
|---|---|
| Voting In-person: all new registrants and those making updates after May 21, 2020 must provide: <br><br> • A current and valid Nevada Driver's License, or <br> • Nevada Identification Card, or <br> • A Nevada DMV "Interim Document." <br><br> **If voting in person, bring these documents with you to the Office of the Registrar of Voters at 1001 E. 9th St., Reno, NV 89512.** | If the address on your identification does not match the address at which you are registered to vote, then proof of current residency must be provided, such as: <br><br> • a military identification card; <br> • a current utility bill; <br> • a bank or credit union statement; <br> • a mortgage statement, or residential rental or lease agreement; <br> • a motor vehicle registration; |

**Provisional Ballots for All Voters Who Register or Update their Name, Address, and/or Party after May 21, 2020:** All voters who register to vote or update their voter registration after May 21, 2020 will vote a full provisional ballot that will include all contests and candidates that are on a regular ballot. Your provisional ballot will be counted only after verification that,

(a) you were qualified and eligible to register and cast a ballot in the current election;

(b) you did not cast multiple ballots in the same election; and

(c) if required, confirmation that you provided a current and valid identification and proof of residency.

## **VOTING BY MAIL (ABSENTEE BALLOT)**

**Your absentee ballot packet will contain:**

>   (a) your absentee ballot;
>   (b) a postage-paid return envelope that you **must** use to return your ballot; and
>   (c) instructions for voting by mail (absentee ballot).

 **WATCH:**    **"How to Mark Your Absentee Ballot"**
             **www.washoecounty.us/markaballot**
             **"How to Return Your Absentee Ballot"**
             **www.washoecounty.us/returnaballot**

**Marking Your Ballot:**

- Use a black or blue ink pen. **Do not** use felt tip pens or permanent markers.
- Mark your choices in each contest or question by completely filling in the oval to the right of each of your choices.
- If you choose to vote on some candidates or questions and not others, your ballot will be counted for those you have voted on.  This will not invalidate your ballot.
- If you mark more choices than permitted in a single contest, no vote will be counted for that contest, but the rest of your correctly marked ballot will be counted.
- If you do make a mistake or change your mind while voting your ballot **do not** use correction fluid or tape. Simply put a single line through the name of the candidate or question you do not wish to vote for and completely fill in the oval to the right of the candidate or question you do want to vote for. Please do not try to completely black out the name or question.

The Washoe County Registrar of Voters will process and count all absentee ballots that are submitted and received as follows:

>   (1) **SIGN the return envelope** in the space designated for your signature. This is required for verification purposes.
>   (2) **SEAL your ballot** in the postage-paid return envelope provided. *You may only return one ballot per envelope.  Be sure to use only the envelope provided to you for your ballot return. Your return envelope is associated with your ballot.*
>   (3a) **Return via U.S. Postal Service:**  If you return your ballot through the U.S. Postal Service your envelope must be postmarked by June 9, 2020 and received by June 16, 2020 in order to be counted.
>   (3b) **Drop Off at the Office of the Registrar of Voters:** You may also choose to **personally** drop off your **own** ballot at the Office of the Registrar of Voters.  You must deliver your ballot no later than 7:00 p.m. on Election Day (June 9, 2020.)

**If your ballot is lost or defaced**, contact the Washoe County Registrar of Voters at (775) 328-3670. Replacement ballots will only be issued up to June 2, 2020. If your ballot is lost or defaced after June 2, 2020, you must vote in-person at the Office of the Registrar of Voters.

**Please note that except for voting days, our office is presently closed to the public. We are happy to assist you via phone, email, fax, and/or post. Please make every effort to take advantage of online voter registration services and to vote by mail.**

---

If you wish to vote by mail in the 2020 General Election or request permanent absentee ballot status, you may submit an Absentee Ballot Request Form.  Printable forms can be found on our website

**www.washoecounty.us/requestaballot**

You may also call the Washoe County Registrar of Voters at (775) 328-3670 to have a form mailed to you.

---

## VOTER ASSISTANCE

The Washoe County Registrar of Voters is committed to providing every individual with the opportunity to vote independently and with dignity. Polling locations are physically accessible and equipped with appropriate devices to ensure each elector's ability to vote independently.

At the polling location, voters with disabilities may request to be taken directly to the intake table and to have priority in voting on designated machines.

If a voter cannot sign their name in the precinct register because of a physical disability, they can still vote. Election officials will ask for identifying information.

---

**Accessible ICX Prime Voting Machines:**

If a voter cannot see a ballot well, they can engage the zoom feature. They also have the option to change the contrast of the screen color.

A voter can engage an audio ballot for voting. A voter can use the ATI controller in conjunction with the audio ballot.

The ATI controller is available with headphones; however, a voter can bring their own if they wish.

Other accessibility devices, like paddles, sip-and-puff devices, are also compatible with our voting machines; however, the voter will need to provide these devices.

---

**The Washoe County Registrar of Voters is working in collaboration with the Secretary of State to increase the accessibility of voting by mail to voters with disabilities. Please call our office for options and information: (775) 328-3670**

# COMPILED AND DISTRIBUTED BY THE WASHOE COUNTY REGISTRAR OF VOTERS DEPARTMENT

## Have questions? Call Washoe311 or (775) 328-3670



**Washoe County Registrar of Voters**

1001 E 9th St

Building A, Room 135

Reno, NV 89512

**https://www.washoecounty.us/voters**

**Phone:** (775) 328-3670 (**TTY/TDD**:  711)

**Fax:** (775) 328-3747

**Email:** electionsdepartment@washoecounty.us

# VOTING OR ATTEMPTING TO VOTE MORE THAN ONCE IN THE SAME ELECTION IS A FELONY. (NRS 293.780)

**This Sample Ballot contains ALL partisan and nonpartisan offices and candidates that are on the Primary Ballot.** You will receive a ballot that contains the offices and candidates for which you are eligible to vote based on your residential address and political party affiliation as listed in our voter registration database. You may view **YOUR** specific ballot electronically at https://www.washoecounty.us/voters/sampleballot/

### FEDERAL OFFICES

**Representative in Congress, District 2 - DEMOCRATIC**

**TWO YEAR TERM, Vote for 1**

Ackerman, Patricia

Cohen, Ed

Hernandez, Reynaldo

Koble, Clint

Luetkehans, Ian

Schiffman, Steve "Pragmatic"

Shepherd, Rick

**Representative in Congress, District 2 - REPUBLICAN**

**TWO YEAR TERM, Vote for 1**

Amodei, Mark E

Beck, Joel

Hurley, Jesse Douglas

### DISTRICT PARTISAN OFFICES

**State Assembly District 26 - REPUBLICAN**

**TWO YEAR TERM, Vote for 1**

Conner, Dale M

Krasner, Lisa

**State Assembly District 30 - DEMOCRATIC**

**TWO YEAR TERM, Vote for 1**

Anderson, Natha C

Moser, Lea "Archuleta"

**State Assembly District 31 - REPUBLICAN**

**TWO YEAR TERM, Vote for 1**

Dickman, Jill

Espinosa, David

Linares, Sandra

**State Assembly District 40 - DEMOCRATIC**

**TWO YEAR TERM, Vote for 1**

Loyd, Sena

Morgan, Derek Ray

Scaffidi, Sherrie Paulie

**State Assembly District 40 - REPUBLICAN**

**TWO YEAR TERM, Vote for 1**

O'Neill, Philip "PK"

Williams, Day Robert

### STATEWIDE NONPARTISAN OFFICES

**Justice of the Supreme Court, Seat B**

**SIX YEAR TERM, Vote for 1**

Christensen, TS

Pickering, Kristina

Rodriguez, Esther C

NONE OF THESE CANDIDATES

---

**Justice of the Supreme Court, Seat D**

**SIX Year Term, Vote for 1**

Fumo, Ozzie

Herndon, Douglas

Nelson, Erv

NONE OF THESE CANDIDATES

### DISTRICT NONPARTISAN OFFICES

**District Court Judge, Department 11 Family Court**

**SIX YEAR TERM, Vote for 1**

Dollinger, Paige

Shannon, Greg

White, Lance Clark

**State Board of Education, District 2**

**FOUR YEAR TERM, Vote for 1**

Coombs, Katie

**Regent, University of Nevada, District 10**

**SIX YEAR TERM, Vote for 1**

Arrascada, Joseph

Diss, Andrew

Lombardi, Vince

McKendricks, John

Melcher, Kevin

**School Board Trustee, District A**

**FOUR YEAR TERM, Vote for 1**

Church, Jeff

Genasci, Lisa

Heinemann, Jack

Huerstel, Terese

Kelley, Scott

**School Board Trustee, District D**

**FOUR YEAR TERM, Vote for 1**

Berk, Stan

Marquez, Michael "Brock"

Thigpen, Kurt

**School Board Trustee, District G At-Large**

**FOUR YEAR TERM, Vote for 1**

Baclet, Jeff

Eppolito, John

Nicolet, Diane

Wesner, Craig

White, Paul D

---

**Palomino Valley General Improvement District**

**THREE - 4 Year Terms, Vote for 3**

Baker, Tom

Chesney, Larry

Currivan, James

Gugich, Daniel

Helton, Christopher

Otto, Donald

Patterson, John

### CITY OF RENO OFFICES

**Reno City Council, Ward 1**

**FOUR YEAR TERM, Vote for 1**

Brekhus, Jenny

Drakulich, John "JD"

Griffith, Britton Anne

**Reno City Council, Ward 5**

**FOUR Year Term, Vote for 1**

Fink, Darla

Gottschalk, Kurt

Jardon, Neoma

Wilhelm, Lee "Chef"

**Reno City Council, At-Large**

**FOUR YEAR TERM, Vote for 1**

Lorton, George "Eddie"

Moskowitz, Joe

Reese, Devon Thomas

Walker, Michael

### CITY OF SPARKS OFFICES

**Sparks City Council, Ward 1**

**FOUR YEAR TERM, Vote for 1**

Abbott, Donald

Grimes, Kristine

Kirtley, Dick

Stolyarov, Wendy

**Sparks City Council, Ward 3**

**FOUR YEAR TERM, Vote for 1**

Anderson, Paul S

Diaz, Elvira

Ness, Dan

Smith, Quentin

Tavener, Andrea

# Exhibit N

*Mark Elias Tweet*

For the primary election, Clark County will:

📫 Mail ballots to ALL registered voters
🗳️ Open 2 additional polling places
✍️ Reform its signature review process
📢 Notify voters if they need to fix a signature issue
💌 Deputize 20 individuals to collect voted, sealed ballots



**Marc E. Elias**
twitter.com

# Exhibit O

*Declaration of Daniel D. Virgilio*

David O'Mara (NV Bar #8599)
The O'Mara Law Firm, P.C.
311 E. Liberty Street
Reno, NV 89501
Telephone: 775/323-1321
David@omaralaw.net
*Local Counsel for Plaintiffs*
James Bopp, Jr. (Ind. bar #2838-84)*
        jboppjr@aol.com
Richard E. Coleson (Ind. bar #11527-70)*
        rcoleson@bopplaww.com
Corrine L. Youngs (Ind. bar #32725-49)*
        cyoungs@bopplaw.com
Amanda L. Narog (Ind. bar #35118-84)*
        anarog@bopplaw.com
True the Vote, Inc.
 Voters' Rights Initiative
The Bopp Law Firm, PC
1 South Sixth St.
Terre Haute, IN 47807–3510
Telephone: 812/877-4745
*Pro hac vice
*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| **Stanley William Paher**, **Terresa Monroe-Hamilton**, **Garry Hamilton**, **Daryl Byron DeShaw**, **Jeff Ecker**, **Gary Gladwill**, and **Linda Barnett**, <br><br>　　　　Plaintiffs<br><br>v.<br><br>**Barbara Cegavske,** in her official capacity as Nevada Secretary of State, and **Deanna Spikula**, in her official capacity as Registrar of Voters for Washoe County,<br><br>　　　　Defendants | Case Number: 3:20-cv-00243<br><br>**Declaration of Daniel D. Virgilio** |

## Declaration of Daniel D. Virgilio

I, Daniel D. Virgilio, make the following declaration pursuant to 28 U.S.C. § 1746:

**1.** I am a resident of Clark County, Nevada and an eligible and duly registered voter in the

1

State of Nevada.

**2.** I am over the age of 18.

**3.** I am very concerned about the integrity of the absentee mail-in ballot process proposed by the Nevada Secretary of State.

**4.** I live in a large Homeowners' Association community with over 400 units.

**5.** Last week, I found my ballot for the June primary outside of my mailbox with a handful of other discarded ballots. Over a two day period, I saw about 4 or 5 ballots discarded a day. I saw about 10 ballots over the course of two days. Some of the ballots were in the trash can, some were on the floor behind the trash can and the ledge, and some were on the ledge.

**6.** According to the ballot, to send it in your ballot, you need the name, address, and signature of the voter. All of this information is apparent to any person who picked up the ballot.

**7.** I use to be able to walk to my polling location, which was a 5 minute walk away from my home. From the letter enclosed with the ballot, I understand that there is only one polling place to vote in person on election day for the primary. This primary election, the one polling location is very far from me, and located in a very bad part of town. By voting in person, I will be forced to vote not in my precinct, stand in long lines, and expose myself to harm from the dangerous neighborhood.

I affirm under penalty of perjury that the foregoing is true and correct. Executed on May 13, 2020.


                                                        /s/ Daniel D. Virgilio
                                                        Daniel D. Virgilio

# Exhibit P

*Joinder in the Oppositions to Plaintiffs' Motion for Preliminary Injunction Filed by Defendants Cegavske, Ford, Spikula, and Jakeman*, Corona, et al.  v. Cegavske, et al., case no. 20 OC OOO64 1B,
First Judicial District Court in Carson City, Nevada

STEVEN B. WOLFSON
Clark County District Attorney
MARY-ANNE MILLER
County Counsel
NSB #001419
500 S. Grand Central Parkway
Las Vegas, NV 89106
702.455.2164
Mary-Anne.Miller@ClarkCountyDA.com
*Attorneys for Defendant Joseph P. Gloria,*
*Clark County Registrar of Voters*

## FIRST JUDICIAL DISTRICT COURT
## IN AND FOR CARSON CITY, STATE OF NEVADA

DANIEL CORONA, DARIN MAINS, BRIAN MELENDEZ, TERESA MELENDEZ, NEVADA STATE DEMOCRATIC PARTY, DNC SERVICES CORPORATION/DEMOCRATIC NATIONAL COMMITTEE, DCCC, and PRIORITIES USA,

              Plaintiffs,

vs.

BARBARA CEGAVSKE, in her official capacity as Nevada Secretary of State; JOSEPH P. GLORIA, in his official capacity as Registrar of Voters for Clark County, Nevada; DEANNA SPIKULA, in her official capacity as Registrar of Voters for Washoe County, Nevada; KRISTINE JAKEMAN, in her official capacity as the Elko County Clerk; and AARON FORD, in his official capacity as the Attorney General of the State of Nevada,

              Defendants.

Case No.:    20 OC 00064 1B

Dept. No.:    II

## JOINDER IN THE OPPOSITIONS TO
## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
## FILED BY DEFENDANTS CEGAVSKE, FORD, SPIKULA AND JAKEMAN

Comes now Defendant Joseph P. Gloria, by and through his counsel, Steven B. Wolfson, District Attorney, by Mary-Anne Miller, County Counsel and files this Joinder to the Oppositions filed by the other Defendants in this action to the Plaintiffs' Motion for Preliminary Injunction. The Registrar fully supports the arguments made therein.

1    In addition to this Joinder, this Defendant attaches the affidavit of the Assistant Registrar of

2    Voters, Lorena Portillo. At the direction of local county officials, the Clark County Registrar of Voters

3    is setting up two additional election day voting sites and will mail absent ballots to all registered voters,

4    including inactive voters, at additional expense.

5    The additional election day voting sites were not thought to be needed because of the ease and

6    safety of voting by mail ballot and because of the extremely low turnout for primary elections in Clark

7    County in the recent past. (See attached affidavit). The mailing of ballots to inactive voters will likely

8    be similarly unnecessary because their addresses are outdated and the ballots will be returned as

9    undeliverable. (See attached affidavit).

10    This Defendant would also like to point out the relative low signature mismatch on mail ballots

11    experienced in Clark County. See Affidavit of Assistant Registrar. This low rate is likely attributable

12    to the fact that voters mark their mail ballots in the comfort of their home, at their kitchen table or

13    desk, unlike those signatures obtained by petition circulators who utilize clipboards or catch their

14    voters in a rush coming in or out of businesses.

15    In the event there is an issue with a voter signature, Clark County will contact the voter by

16    phone or email first and has been advertising this fact on the notice sent to voters and on its website.

17    See Exhibit A, Notice sent to all registered voters about mail ballot. *Also accessible at:*

18    *https://www.clarkcountynv.gov/election/pages/default.aspx.*

19    For the reasons set forth above and in the Defendants' Oppositions, Defendant Gloria asks this

20    Court to deny the relief requested by Plaintiffs.

21    DATED this ⎫⎭ day of May, 2020.

22

23    STEVEN B. WOLFSON
      DISTRICT ATTORNEY

24    By: _____

25    MARY-ANNE MILLER
      County Counsel

26    State Bar No. 001419

27    500 South Grand Central Pkwy. 5th Flr.
      Las Vegas, Nevada 89155-2215

28    *Attorneys for Defendant Joseph P. Gloria,*
      *Clark County Registrar of Voters*

**CERTIFICATE OF MAILING**

I hereby certify that on the 4th day of May, 2020, I served a copy of the document by emailing a copy of the above and foregoing **JOINDER IN THE OPPOSITIONS TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION FILED BY DEFENDANTS CEGAVSKE, FORD, SPIKULA AND JAKEMAN** addressed as follows:

David Omara, Esq.
311 E. Liberty St.
Reno, NV 89501
david@omaralaw.net

Rand Greenberg, Esq.
540 Court Street, 2nd Fl.
Elko, NV 89801
rgreenburg@elkocountynv.net

Bradley Schrager, Esq.
3556 East Russell Road, 2nd Fl.
Las Vegas, NV 89120
bschrager@wrslawyers.com

Herbert Kaplan, Esq.
Washoe    District    Attorney's
Office
1 South Sierra Street
Reno, NV 89501
hkaplan@da.washoecounty.us

Brian Hardy, Esq.
10001 W. Park Run Dr.
Las Vegas, NV 89145
bhardy@maclaw.com

Marc E. Elias, Esq.
700 Thirteenth Street, NW. Ste. 800
Washington, DC 20005-3960
melias@perkinscoie.com

Districtcourtclerk@carson.org
emeibert@carson.org
sgreenberg@carson.org
bshadron@carson.org

Gregory Zunino, Esq.
Office of the Attorney General
555 E. Washington Ave., Ste #3900
Las Vegas, NV 89101
gzunino@ag.nv.gov

An Employee of the Clark County District Attorney's
Office – Civil Division

# AFFIDAVIT OF LORENA PORTILLO

1  STEVEN B. WOLFSON
   Clark County District Attorney
2  MARY-ANNE MILLER
   County Counsel
3  NSB #001419
   500 S. Grand Central Parkway
4  Las Vegas, NV 89106
   702.455.2164
5  Mary-anne.miller@clarkcountyda.com
6  *Attorneys for Defendant Joseph P. Gloria,*
   *Clark County Registrar of Voters*
7

8

9

10              **FIRST JUDICIAL DISTRICT COURT**
          **IN AND FOR CARSON CITY, STATE OF NEVADA**
11

12  DANIEL CORONA, DARIN MAINS, BRIAN          Case No.:    20 OC 00064 1B
    MELENDEZ, TERESA MELENDEZ,
13  NEVADA STATE DEMOCRATIC PARTY,            Dept. No.:    II
    DNC SERVICES
14  CORPORATION/DEMOCRATIC
    NATIONAL COMMITTEE, DCCC, and
15  PRIORITIES USA,
                            Plaintiffs,
16
                vs.
17
    BARBARA CEGAVSKE, in her official
18  capacity as Nevada Secretary of State; JOSEPH
    P. GLORIA, in his official capacity as
19  Registrar of Voters for Clark County, Nevada;
    DEANNA SPIKULA, in her official capacity
20  as Registrar of Voters for Washoe County,
    Nevada; KRISTINE JAKEMAN, in her official
21  capacity as the Elko County Clerk; and
    AARON FORD, in his official capacity as the
22  Attorney General of the State of Nevada,

23                          Defendants.

24

25              **AFFIDAVIT OF LORENA PORTILLO**

26  STATE OF NEVADA      )
                          ) ss:
27  COUNTY OF CLARK      )

28       COMES NOW, Lorena Portillo, being duly sworn, states:

1.  1. I am the Assistant Registrar of Voters of Clark County, and have worked for the Clark County Election Department since August 3, 1998.

2.  2. That the Clark County Registrar of Voters supported the adoption of an all-mail ballot election for the June 9, 2020 Primary Election and the temporary provisions that the Nevada Secretary of State enacted to implement that.  The plan is a necessary and an appropriate way to address voter and staff safety while safeguarding the right to vote in a fair and secure election setting.  The Clark County Election Department immediately undertook the complicated process and expense necessary to conduct an election in this manner, including the acquisition of mail ballot and signature verification hardware and software at an expense of $331,750.  Mail ballots will go out to active registered votes on May 6, 2020.

3.  3. I have read the affidavit of Deanna Spikula, Washoe County Registrar of Voters, submitted in this action and agree with the representation of the problems that a revision to or expansion of same day registration/in person voting would present in the upcoming primary election.

4.  4. To expand the provision of same-day registration and in-person voting on election day, Clark County will have to acquire the use of additional printers that are capable of printing the individualized ballot for each prospective voter with the accuracy required to have it counted with the County's automated ballot counting machines.  There are only 60 printers available from the County's vendor that can be delivered and programmed by Primary Election Day.  The cost of leasing the available printers for one year will be $138,997.50.

5.  5. Clark County will have to locate available sites which have both sufficient wiring and electrical facilities for the computers and printers, as well as the necessary space to adequately separate staff and voters from each other.  Many sites traditionally used are not available because they do not wish to undertake the risk of exposures at this time.

6.  6. If County sites are used, and the additional available printers are divided into two sites, the County could staff two additional vote centers with 25-30 additional personnel assigned to each site, who could assist the prospective voter, research voter issues, and ensure that proper distancing is maintained between 15 prospective voter registration/vote stations and waiting voters.   An order that would impose more than two additional sites in Clark County would require that these existing

1  printers be spread out among the additional sites, resulting in the potential for longer lines and wait

2  times at those sites. In turn, that expands the potential for infection spread and danger to the public.

3  Further, each new site will require additional ADA desktops, as well as hardware and software for

4  onsite audio voting, and additional PPE for each site, all at the unbudgeted expense of the County.

5      7.  In addition, each new vote center will require additional staff to monitor voter and staff

6  safety measures, including site disinfectant and distance spacing.   Clark County will experience the

7  same troubles outlined in Ms. Spikula's affidavit in recruiting and training staff willing to work with

8  a constant flow of strangers during the pandemic.

9      8.  It will cost Clark County $184,738.01 ($30,385.00 in postage; $154,353.01 in mail ballot

10  packet-bulk pricing) to mail ballots to inactive voters in Clark County.  It will take seven days to

11  print and assemble the ballot packets, and they will be mailed out over a period of a few days to

12  comply with postal service bulk mail rules.  Based on past experience, at least 90% of those will

13  come back undeliverable.

14      9.  The past voter turnout for primary election in even numbered years has been low.  In

15  2018, with a highly contested gubernatorial primary and two U.S. Senate nominations on the

16  primary ballot, the turnout was only 20.41% of registered voters.  In 2016, the primary election

17  turnout was 16.16%.  In 2014, it was 15.80% in the County.  In 2012, the turnout was 16.23%.  This

18  year, with no hotly contested state-wide races at the top of the ballot, there is nothing special to draw

19  voters in greater numbers than before for in-person voting.

20      10.  Signature verification has not been a significant issue on absent ballots in the recent past.

21  For example, in the 2018 Primary Election, there were only 9 mismatched signatures out of 14,708

22  ballots returned, and in the 2018 General Election, only 59 signatures were determined to be

23  mismatched out of a ballot return of 49,072.

24      11.  Given the low voter turnout expected, the increased risk of harm to voter and staff safety

25  alike, and in light of the new expenses already incurred, there is little justification for such increased

26  risk and expense that any change to the plan would cause.

27  Dated this ⁓ₜₑ day of April, 2020.

28

_Lorena S. Portillo_
LORENA PORTILLO

SUBSCRIBED and SWORN to before me
this ___30TH___ day of April, 2020.

_Heather Kellam_
NOTARY PUBLIC in and for
said County and State.

HEATHER KELLAM
Notary Public, State of Nevada
No. 18-2907-1
My Appt. Exp. May 14, 2022

# EXHIBIT A



# JUNE 9, 2020, PRIMARY ELECTION
# NOTICE OF ALL-MAIL BALLOT ELECTION

*Clark County Election Department, 965 Trade Dr., North Las Vegas, NV 89030*

## <u>OVERVIEW</u>

To help keep you, your family, and our community safer by limiting interactions that could spread the coronavirus, the June 9, 2020, Primary Election is being conducted entirely by mail ballot.  On or before May 18, 2020, Clark County registered voters will receive a mail ballot packet from the Clark County Election Department which will include:

- A ballot and instructions for voting a mail ballot;

- A pre-addressed, postage-paid envelope that must be used for returning voted mail ballots; and

- A list of mail ballot drop-off sites for voters to drop off their own voted mail ballot in-person, if they are unable to put their ballot in the mail.

Registered Voters who do not receive their packet by May 18, 2020, should contact us at (702) 455-VOTE (8683).  We *STRONGLY ENCOURAGE VOTERS TO MAIL THEIR BALLOT* rather than drop it off in-person.  Please read this entire notice for important details.

## <u>CONTACT INFORMATION WILL HELP US ASSIST VOTERS</u>

We strongly encourage all voters who do not have their current e-mail or phone number listed in their registration records to contact us as soon as possible and no later than **MAY 12, 2020,** to provide that information. This is important because if a mail ballot has no signature on the envelope, or if the signature does not match the one the Election Department has on file, we will need to contact the voter as soon as possible to resolve this issue. To check if your phone number or e-mail is in your voter registration records or to add it if it is not:

- Log-in on the Secretary of State's website at **www.registertovotenv.gov**; or

- Send an e-mail to **elinfo@ClarkCountyNV.gov**; or

- Call us at **(702) 455-VOTE (8683)**.

Please note that NRS 293.558 requires the Clark County Election Department to keep your e-mail address **CONFIDENTIAL**.  Meaning, it may not be given to third parties.

# CLOSE OF STANDARD REGISTRATION

The deadlines to register to vote or update existing voter registration by mail or online in time for the June 9, 2020, Primary Election and still receive a regular mail ballot are below. After those dates pass, voters who wish to register to vote or make changes to their existing voter registration will have to do so through the same-day registration or same-day updates process, either online or in-person. Those voters may only vote a paper provisional mail ballot in-person on the spot at the Clark County Election Department and will need to show current, valid identification, and, if needed, proof of residency. See "Same Day Registration and Same-Day Updates of Existing Registration" starting on page 5 for more information. We strongly urge voters to register to vote or to make any necessary updates as soon as possible so they may avoid having to go to the Election Department offices.

- **May 12, 2020**, is the last day to register to vote or update your existing voter registration by mail for the June 9, 2020, Primary Election.

- **May 21, 2020**, is the last day to register to vote or update your existing registration on the Secretary of State's website at **www.registertovotenv.gov**.

# RETURNING YOUR VOTED MAIL BALLOT

The Clark County Election Department will process and count voted mail ballots that are returned in the envelope provided, **but only if the outside of the envelope is signed by the voter**. This is required for verification purposes.

The ballots must be submitted and received in one of the following ways:

- <u>Mailed Through the U.S. Post Office</u>: We *STRONGLY ENCOURAGE VOTERS TO RETURN THEIR VOTED MAIL BALLOT THROUGH THE U.S. POST OFFICE* rather than drop it off in-person. To send it by postal mail, voters must:
    - ○ Seal their voted mail ballot in the pre-addressed, postage-paid, return envelope included in the packet they will receive.
    - ○ Sign the outside of the envelope in the space provided for their signature.
    - ○ Make sure their signed envelope is postmarked by June 9, 2020. Note that we must receive properly postmarked ballots by 5:00 p.m. on June 16, 2020, (7 days after the Election Day) for them to be counted.

- <u>Dropped-Off In-Person</u>: Voters may also drop off their own voted mail ballot, but only at one of the locations in the schedules on pages 3-5 during the listed dates and hours. To do this, voters must:
    - ○ Seal their voted mail ballot in the return envelope included in the packet they will receive.
    - ○ Sign the outside of the envelope in the space provided for their signature.
    - ○ Drop off their voted mail ballot no later than 7:00 p.m. on Election Day.

## DROP-OFF LOCATIONS THROUGH JUNE 5, 2020, (FRIDAY)

These locations, dates, and hours for dropping off mail ballots will be available as soon as voters begin receiving their mail ballots and will continue through June 5.

| DROP-OFF LOCATIONS | DATES AND HOURS |
|---|---|
| **CLARK COUNTY ELECTION DEPARTMENT** 965 Trade Dr., North Las Vegas *Only the Clark County Election Dept. will be available on May 25, 2020, Memorial Day.* | UP TO MAY 22: • MON.-FRI.: 8am-5pm • SAT. AND SUN: CLOSED MAY 23-JUNE 3, EVERY DAY *(including Sat., Sun., and Memorial Day)*: 8am-6pm JUNE 4-5, THURS.-FRI.: 8am-8pm |
| **CLARK COUNTY GOVERNMENT CENTER** 1st Floor, Rotunda 500 S. Grand Central Pkwy., Las Vegas | MONDAY-FRIDAY: 8am-5pm CLOSED: All Saturdays, Sundays, and May 25, Memorial Day Holiday |
| **BOULDER CITY, CITY CLERK** City Hall, Upstairs, 401 California Ave. Boulder City | MONDAY-THURSDAY: 7am-6pm CLOSED: All Fridays, Saturdays, Sundays, and May 25, Memorial Day |
| **HENDERSON CITY CLERK** City Hall, Front of Bldg., 240 S. Water St. Henderson | MONDAY-THURSDAY: 7:30am-5:30pm CLOSED: All Fridays, Saturdays, Sundays, and May 25, Memorial Day |
| **LAS VEGAS CITY CLERK** City Hall, 2nd Floor, 495 S. Main St. Las Vegas | MONDAY-THURSDAY: 7am-5:30pm CLOSED: All Fridays, Saturdays, Sundays, and May 25, Memorial Day |
| **MESQUITE CITY CLERK** City Hall, 10 E. Mesquite Blvd. Mesquite | MONDAY-THURSDAY: 8am-5pm FRIDAY: 8am-3:30pm CLOSED: All Saturdays, Sundays, and May 25, Memorial Day |
| **NORTH LAS VEGAS CITY CLERK** City Hall, 8th Floor 2250 Las Vegas Blvd. North, North Las Vegas | MONDAY-THURSDAY: 8am-5:45pm CLOSED: All Fridays, Saturdays, Sundays, and May 25, Memorial Day |

## DROP-OFF LOCATION ON JUNE 8, 2020, (MONDAY)

On this date, voters may drop-off their own voted mail ballot in-person, from 8:00 a.m. to 5:00 p.m. at the Clark County Election Department, 965 Trade Dr., North Las Vegas.

## DROP-OFF LOCATIONS ON JUNE 9, 2020, PRIMARY ELECTION DAY (TUESDAY)

On Primary Election Day, voters may drop-off their own voted mail ballot in-person at the locations and during the times listed below.

| DROP-OFF LOCATIONS ON JUNE 9 PRIMARY ELECTION DAY, OPEN 7:00 A.M. TO 7:00 P.M. |
|---|
| CLARK COUNTY ELECTION DEPARTMENT, 965 Trade Dr., North Las Vegas |
| BOB PRICE RECREATION CENTER, 2050 Bonnie Ln., Las Vegas |
| BUNKERVILLE COMMUNITY CENTER, 200 W. Virgin St., Bunkerville |
| CLARK COUNTY FAIRGROUNDS – LOGANDALE, 1301 Whipple Ave., Logandale |
| DESERT BREEZE COMMUNITY CENTER, 8275 Spring Mountain Rd., Las Vegas |
| DR. WILLIAM U. PEARSON COMMUNITY CENTER, 1625 W. Carey Ave., North Las Vegas |
| ENTERPRISE LIBRARY, 25 E. Shelbourne Ave., Las Vegas |
| HOLLYWOOD RECREATION CENTER, 1650 S. Hollywood Blvd., Las Vegas |
| INDIAN SPRINGS COMMUNITY CENTER, 715 W. Gretta Lane, Indian Springs |
| LAUGHLIN LIBRARY, 2840 S. Needles Highway, Laughlin |
| MOAPA COMMUNITY CENTER, 1340 E. Highway 168, Moapa |
| MOAPA TRIBAL ADMINISTRATION BUILDING, 1 Lincoln St., Moapa |
| MOAPA VALLEY COMMUNITY CENTER - OVERTON, 300 N. Moapa Blvd., Overton |
| MOUNTAIN CREST COMMUNITY CENTER, 4701 N. Durango Dr., Las Vegas |
| PARADISE RECREATION CENTER, 4775 S. McLeod Dr., Las Vegas |
| PASEO VERDE LIBRARY, 280 S. Green Valley Pkwy., Henderson |
| SAHARA WEST LIBRARY, 9600 W. Sahara Ave., Las Vegas |
| SANDY VALLEY COMMUNITY CENTER, 650 W. Quartz Ave., Sandy Valley |
| SEARCHLIGHT COMMUNITY CENTER, 200 Michael Wendell Way, Searchlight |
| SILVER MESA RECREATION CENTER, 4025 Allen Ln., North Las Vegas |
| VETERANS MEMORIAL LEISURE CENTER, 101 N. Pavilion Center Dr., Las Vegas |
| WALNUT COMMUNITY CENTER, 3075 N. Walnut Rd., Las Vegas |
| WHITNEY RECREATION CENTER, 5712 E. Missouri Ave., Las Vegas |
| WINDMILL LIBRARY, 7060 W. Windmill Ln., Las Vegas |

| ADDITIONAL DROP-OFF LOCATIONS ON JUNE 9<br>PRIMARY ELECTION DAY, VARYING HOURS |
| --- |
| BOULDER CITY, CITY CLERK, City Hall, Upstairs, 401 California Ave., Boulder City<br>*7:00 a.m. to 6:00 p.m.* |
| CLARK COUNTY GOVERNMENT CENTER, 1st Floor, Rotunda<br>500 S. Grand Central Pkwy., Las Vegas<br>*8:00 a.m. to 5:00 p.m.* |
| HENDERSON CITY CLERK, City Hall, Front of Building, 240 S. Water St., Henderson<br>*7:30 a.m. to 5:30 p.m.* |
| LAS VEGAS CITY CLERK, City Hall, 2nd Floor, 495 S. Main St., Las Vegas<br>*7:00 a.m. to 5:30 p.m.* |
| MESQUITE CITY CLERK, City Hall, 10 E. Mesquite Blvd., Mesquite<br>*8:00 a.m. to 5:00 p.m.* |
| NORTH LAS VEGAS CITY CLERK, City Hall, 8th Floor, 2250 Las Vegas BL North, N. Las Vegas<br>*8:00 a.m. to 5:45 p.m.* |

## SAME-DAY REGISTRATION AND
## SAME-DAY UPDATES OF EXISTING REGISTRATION

**Online Registration and Updates:**  If you could not register to vote or update your existing voter registration by mail by May 12, 2020, you still may do so through the Secretary of State's website at **www.registertovotenv.gov** through **June 4, 2020 (Thursday).**

- **May 13 to May 21:**  If you register to vote or update your existing registration online between May 13 (Wednesday) and May 21, 2020, (Thursday), within about a week you will receive a regular mail ballot with your updated name, precinct, party, etc., as applicable.

- **May 22 to June 4 (Online Same-Day Registration and Same-Day Updates):** If you register to vote or update your existing registration online between May 22 (Friday) and June 4, 2020 (Thursday), you may only vote a paper **PROVISIONAL MAIL BALLOT IN-PERSON AT THE CLARK COUNTY ELECTION DEPARTMENT, WHICH YOU MUST IMMEDIATELY TURN IN.**  You may not take your ballot out of the building.  You must also show acceptable identification and, if needed, proof of residency.  See page 6 for details on identification and provisional ballot voting. The address is **965 Trade Dr., Suite F, North Las Vegas, NV.**  The dates for in-person voting are May 23 (Saturday) to June 5 (Friday) and also on June 9 (Tuesday).  See page 7 for the "In-Person Voting Location and Schedule," including hours and a map.

**Identification and Proof of Residency:**  If you register to vote or update your existing voter registration online from May 22 to June 4, or in-person from May 23 to June 5 or on June 9, you must provide identification and, if needed, proof of residency, to vote a paper provisional mail ballot in-person on the spot at the Clark County Election Department.  The identification requirements are:

- Your unexpired Nevada (NV) Department of Motor Vehicles (DMV) Driver's License with your current residential address which must match the address in your registration; or

- Your unexpired NV State Identification Card with your current residential address, which must match the address in your registration; or

- Your NV DMV temporary "Interim Document" with your current residential address, which must match the address in your voter registration.

- **IF** the address on your identification is not your current residential address, meaning it does not match your voter registration residential address and/or if it is not where you currently live, then you must also provide proof of current residency, such as:
  o A military identification card; or
  o A utility bill (electric, gas, oil, water, sewer, septic, phone, cable); or
  o A bank or credit union statement; or
  o A paycheck; or
  o An income tax return; or
  o A mortgage statement, or residential rental or lease agreement; or
  o A motor vehicle registration; or
  o A property tax statement; or
  o Any other document issued by a governmental agency.

**Paper Provisional Mail Ballot Overview and Verification Process:**  If you register to vote or update your voter registration either online from May 22 to June 4, or in-person from May 23 to June 5 or on June 9, you may only vote a paper provisional mail ballot by appearing in-person at the Clark County Election Department and voting on the spot. You must also provide the identification indicated above. Your paper provisional mail ballot will have all of the contests and candidates that are on a regular ballot.  It will differ from a regular ballot in that it will be counted only after verification that:

- You were qualified to cast a ballot in the current election;
- You did not cast multiple ballots in the same election;
- You showed acceptable identification when you voted (see above); and
- **IF** needed, you provided acceptable proof of residency (see above).

**In-Person Same-Day Registration and Updates, May 23-June 5 and on June 9:** If you could not register to vote or update your existing voter registration by mail by May 12, 2020, or online by May 21, you may do so in-person and vote a paper provisional mail ballot on the spot at the Clark County Election Department from **May 23 (Saturday) to June 5, 2020 (Friday)**, or on **June 9, 2020 (Tuesday, Primary Election Day)**. You may not take your ballot out of the building and you must turn it in immediately. You must show acceptable identification and, if needed, proof of residency. See page 6 for details on identification and provisional ballot voting. The address is **965 Trade Dr., Suite F, North Las Vegas, NV**. See below for the "In-Person Voting Location and Schedule," including hours and a map.

## IN-PERSON VOTING LOCATION AND SCHEDULE
### May 23 (Sat.)-June 5 (Fri.) and June 9, 2020 (Tues., Primary Election Day)

- May 23-June 3, every day *(including Saturday, Sunday, and Memorial Day on May 25)*: 8:00 a.m.-6:00 p.m.

- June 4-5, Thursday-Friday: 8:00 a.m.-8:00 p.m.

- June 9, Tuesday, Primary Election Day: 7:00 a.m.-7:00 p.m.



## VOTERS WITH DISABILITIES

Several options are available for voters with disabilities:

- Electronic registration and electronic voting will be offered through Nevada's Effective Absentee System for Elections (EASE). This option may be accessed on the Nevada Secretary of State's website at **www.NVEASE.gov**.

- Voters who register to vote by mail by May 12, 2020, or online by May 21, 2020, may call the County Election Department at (702) 455-VOTE (8683) to request an electronic ballot.

- Unassisted and private in-person voting will be available at the Election Department. The location, dates, and times will be the same as for "In-Person Voting" (see page 7).

## VOTING IN THE NOVEMBER 3 GENERAL ELECTION

At this time, we expect to return to in-person voting for the November 3, 2020, General Election. If that occurs, voters who had not previously requested to receive mail ballots for every election, which is most voters, will be expected to vote at regular polling places. For more information about the General Election see the Election Department's webpage at **www.ClarkCountyNV.gov/vote**.

## QUESTIONS

More information about the all mail-in Primary Election and other resources for voters are available on the Election Department's website at **www.ClarkCountyNV.gov/vote**. You may also e-mail questions to the Department at **Elinfo@ClarkCountyNV.gov**, or call (702) 455-VOTE (8683) or 711 for TTY/TDD devices.

---

# VOTING OR ATTEMPTING TO VOTE MORE THAN ONCE IN THE SAME ELECTION IS A FELONY. (NRS 293.780)

---

# Exhibit Q

*New Clark County Election Plan Decision Shrouded in Mystery*

# New Clark County election plan decision shrouded in mystery



North West Las Vegas residents walk into the voting station at 7881 W. Tropical Pkwy. on Tuesday, November 6, 2018, in Las Vegas. (Benjamin Hager/Las Vegas Review-Journal)

By **Rory Appleton** Las Vegas Review–Journal

  

May 6, 2020 - 6:14 pm

Don't miss the big stories. Like us on Facebook.

Updated May 6, 2020 - 8:18 pm

Clark County will offer more voting options in the June 9 primary election as part of sweeping changes revealed Tuesday, but how and when those decisions were made remained a mystery.

Most members of the Clark County Commission and several county staff members did not respond Wednesday to requests for comment on the changes. Two commissioners applauded the new measures

but said they either could not share or did not know how the changes were made.

Meanwhile, Republicans feel the changes were the result of either pressure from or a deal with the Democrats and are threatening a new lawsuit of their own to block them.

This week's news came after Clark County Counsel Mary-Anne Miller submitted a court document Monday in which she said that the registrar of voters, Joseph Gloria, "at the direction of local county officials" was setting up two additional in-person voting sites in the county.

The filing said the additional sites "were thought not to be needed because of the ease and safety of voting by mail and because of the extremely low turnout for primary elections in Clark County in the recent past."

The county will now offer three in-person voting sites, mail ballots to every registered voter instead of just active voters and allow a bipartisan group of deputized "field registrars" to collect sealed ballots from voters as part of its announced changes.

According to the court filing, the changes will cost the county at least $323,000.

The new policies come as the state and county election officials face a lawsuit from the Nevada State Democratic Party, the Democratic National Committee and other related groups. Many of the Democrats' demands were met by Clark County, but the groups are seeking statewide changes for both the primary and general election.

The state Democrats declared a victory Tuesday, saying the changes in Clark County will expand voter access. The election officials have maintained they are not trying to curb access but rather lower risk of COVID-19 exposure for voters and staff.

## Commissioners in favor of changes

Commissioner Tick Segerblom said he could not speak for the commission as a whole or about how the decision to amend the county's election plan was reached, but he expressed his support for the changes.

"Having only one voting center was unacceptable," he said. "This is a huge county, and we need to do anything we can do to make it easier for people to vote."

Segerblom said he also agreed with mailing ballots to all registered voters, not just active ones.

"It's not right that a government official would decide to not send ballots to some people because it was decided those people aren't likely to vote," he said.

Voting is a fundamental right, he added, and the increased costs are worth protecting that right.

Segerblom said the county has acquired about $295 million in federal stimulus money related to the COVID-19 pandemic, with more federal money tied to elections on the way.

"Either way, I don't think Nevadans are going to have to sacrifice because of (the county's election changes)," he said.

Commissioner Lawrence Weekly said he expressed his concerns with the county's previous election plan to County Manager Yolanda King after learning of the specifics through news reports. He was not sure how the changes were eventually made.

He said Gloria had expressed staffing and other concerns to the commission during previous meetings, but Weekly did not know the county's plan included only one in-person voting center, which he would have opposed.

Weekly is also in favor of the new requirements, noting that elderly or disabled voters might not be able to even walk to their mailboxes to submit their ballots. He said the new options allow those concerned about the coronavirus to vote safely from home, while increasing access for others.

He agreed with Segerblom's response when asked about the increased financial cost.

"There's no cost too much when it comes to doing the right thing for the American people," he said. "We have to utilize the resources we have to not inconvenience folks as much as we can."

Multiple attempts to reach Commissioners Michael Naft, Larry Brown, Marilyn Kirkpatrick, Jim Gibson and Justin Jones were not successful, as were attempts to reach Miller, the county counsel, and county spokesmen Erik Pappa and Dan Kulin.

Republicans respond

Republican National Committee Chief of Staff Richard Walters said that the commission reached a "back alley deal" with the Democratic

groups pushing the lawsuit. The RNC has intervened in the lawsuit to oppose the Democrats.

"If Gloria doesn't want to do it and says it's a waste of taxpayer money, then why are you doing it?" Walters said. "This only benefits the Democrats. … it's a swipe at election integrity."

Republicans believe allowing someone to collect sealed ballots on behalf of voters, which is technically illegal in Nevada, leads to election fraud, though that claim remains unfounded.

Democrats have maintained in this lawsuit and others that this fear is not based on evidence. The state party noted Wednesday that a Nevada federal court threw out a lawsuit last week filed by a conservative group making those same allegations.

Walters said the RNC is contemplating legal action against Clark County. He maintained that the stimulus money the county may use to pay for the changes belongs to the taxpayers.

"We will absolutely sue them into oblivion if we have to," Walters said.

Any litigation from the RNC could wrap the county in a sort of legal spiderweb. Republican lawyers would be working to oppose the Democrats' lawsuit against Gloria — and by extension, the county — with one hand while suing the county's governing body with the other.

Former Nevada Attorney General Adam Laxalt echoed the allegations of a shady deal on Wednesday in a tweet amplified by Donald Trump

Jr. Laxalt is also a statewide chair of President Donald Trump's re-election campaign.

In an interview, Laxalt further accused the county commission of very likely violating the state's Open Meeting Law. Even if the commission met with its attorneys privately to discuss the lawsuit, which is allowed under the law, Laxalt said the commission would still need to post notice of such a meeting and share publicly any policy changes that resulted from it.

"Preventing something like this from happening is why these public meeting laws exist," he said.

Contact Rory Appleton at rappleton@reviewjournal.com or 702-383-0276. Follow @RoryDoesPhonics on Twitter.

# Exhibit R

*Clark County's Request to Designate All Mail Precincts*



# Election Department

965 Trade Dr • Ste A • North Las Vegas NV 89030
Voter Registration (702) 455-8683 • Fax (702) 455-2793

Joseph Paul Gloria, Registrar of Voters
Lorena Portillo, Assistant Registrar of Voters

March 18, 2020

The Honorable Barbara K. Cegavske
Secretary of State, State of Nevada
101 North Carson Street, Suite 3
Carson City, NV 89701-4786

Attention:    Wayne Thorley
              Deputy Secretary of State for Elections

Dear Secretary Cegavske:

In response to the coronavirus situation we are all dealing with at the local level, I am
writing to request that we are given permission to hold an all mail ballot election for the
2020 Primary Election in Clark County. I make my request pursuant to NRS 293.213(4).
We cannot be certain that the poll workers or voting locations can be made available to us
based on the publics concern related to being exposed to the coronavirus.

We fully intend to provide the normal in person voting process for the General Election at
this point, this is only an emergency response to our current situation with coronavirus.
We do not intend to use this as a springboard to encourage the state to move to an all mail
ballot process in the future. Our voters have consistently indicated that they prefer the in
person experience in Clark County. No excuse mail ballot requests have been allowed for
many years and we have not seen a substantial increase in the number of voters who
choose to vote by mail.

We hope you appreciate the sense of urgency in making the decision to move to mail for
the Primary Election, there is a tremendous amount of work that needs to be done in order
to prepare for this scenario. We need approval as soon as possible.

Sincerely,

Joseph P. Gloria
Registrar of Voters
Clark County, NV

**BOARD OF COUNTY COMMISSIONERS**
MARILYN KIRKPATRICK, Chair • LAWRENCE WEEKLY, Vice Chair
LARRY BROWN • JAMES B. GIBSON • JUSTIN C. JONES • MICHAEL NAFT • TICK SEGERBLOM
YOLANDA T. KING, County Manager

# Exhibit S

*Election Department Letter to City Counsel Ward 1*

# Election Department

965 Trade Dr • Ste A • North Las Vegas NV  89030
Voter Registration (702) 455-8683  • Fax (702) 455-2793

Joseph Paul Gloria, Registrar of Voters
Lorena Portillo, Assistant Registrar of Voters

March 30, 2020

Michelle Romero
CITY COUNCIL WARD I
240 Water St.
Henderson, NV 89015

**SUBJECT:  All Mail Ballot Election Notification, In Accordance with NRS 293.213 (5)**

This letter will serve as notice that Nevada Secretary of State, Barbara Cegavske, in partnership with the 17 county election officials for Nevada, have called for an all-mail ballot election for the June 9, 2020 Primary Election.

Registered voters in Clark County will be mailed an absentee ballot for the Primary Election. No action or steps, such as submitting an absentee ballot request application, are required by individual voters in order to receive a ballot in the mail. Voters will be able to mark their ballot at home and then return it by mail using a postage paid envelope **or** by dropping it off in person at a designated county mail drop off location.

We will also be providing a location for those voters who need to make use of same day registration at our Election Center located at 965 Trade Dr., North Las Vegas, NV.  If unregistered to vote they will be able to register on site and cast their ballot at the same time. This announcement applies only to the June 9, 2020 Primary Election.  Dates and times will be made available through public notice, on our website, and through our outreach program to voters.

The Clark County Election Department will be working with our Public Information Office, and community partners, to provide voter's information during the month of April.

If you have any questions please let me know.

Sincerely,

*Joseph Paul Gloria*

Joseph Paul Gloria
Clark County, Registrar of Voters

**BOARD OF COUNTY COMMISSIONERS**
MARILYN KIRKPATRICK, Chair • LAWRENCE WEEKLY, Vice Chair
LARRY BROWN • JAMES B. GIBSON • JUSTIN C. JONES • MICHAEL NAFT • TICK SEGERBLOM
YOLANDA T. KING, County Manager