# EXHIBIT A

**EXHIBIT A**

AARON D. FORD
  Attorney General
GREGORY L. ZUNINO (Bar No. 4805)
  Deputy Solicitor General
CRAIG A. NEWBY (Bar No. 8591)
  Deputy Solicitor General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, NV 89701-4717
(775) 684-1100 (phone)
(775) 684-1108 (fax)
GZunino@ag.nv.gov
CNewby@ag.nv.gov

*Attorneys for Defendants Barbara Cegavske and Aaron Ford*

IN THE FIRST JUDICIAL DISTRICT COURT OF THE STATE OF

NEVADA IN AND FOR CARSON CITY

| | |
|---|---|
| DANIEL CORONA, DARIN MAINS, BRIAN MELENDEZ, TERESA MELENDEZ, NEVADA STATE DEMOCRATIC PARTY, DNC SERVICES CORPORATION/DEMOCRATIC NATIONAL COMMITTEE, DCCC, and PRIORITIES USA, <br><br> Plaintiffs, <br><br> vs. <br><br> BARBARA CEGAVSKE, in her official capacity as Nevada Secretary of State, JOSEPH P. GLORIA, in his official capacity as Registrar of Voters for Clark County, Nevada, DEANNA SPIKULA, in her official capacity as Registrar of Voters for Washoe County, Nevada, KRISTINE JAKEMAN, in her official capacity as the Elko County Clerk, and AARON FORD, in his official capacity as the Attorney General of the State of Nevada, <br><br> Defendants. | Case No. 20-OC-00064 1B |

DECLARATION OF WAYNE THORLEY

Page 1

I, WAYNE THORLEY, declare as follows:

I am the Deputy of Elections for the Nevada Secretary of State. I was appointed to the position of Deputy of Elections pursuant to NRS 225.060(1), and I have held the position since October 21, 2015. I have personal knowledge of the matters set forth below, and if called upon to testify in the above-captioned matter, I would testify as follows:

1. For the 2020 primary election in Nevada, the Secretary of State, in partnership with Nevada's 17 county election officials, developed a plan to implement an all-mail primary election in order to diminish the spread of COVID-19. The decision to hold the all-mail primary was announced to the public on March 24, 2020.

2. Given the need to be proactive with preparations for the 2020 primary election, the decision to hold an all-mail primary election was announced as soon as possible after state and county election officials had evaluated and discussed the many logistical, fiscal, and public health challenges associated with holding an election during the COVID-19 pandemic.

3. Historically more than 90 percent of Nevada's voters have cast their votes in person at physical polling locations staffed and managed by volunteers and county election officials. Because Nevada's system for managing elections is largely decentralized and heavily dependent upon the ability of local election officials to recruit and train volunteer poll workers, the COVID-19 pandemic severely impacted normal operating procedures and administrative practices.

4. In addition to acquiring the technology discussed below regarding signature cure, the Secretary of State's office has issued guidance to the county clerks on the subject of signature cure. All of the counties should be following the same procedure. Once the county becomes aware that a signature cure is needed, the county will mail the voter a letter within 48 hours.

5. If a signature discrepancy is discovered at any time before the Saturday after the election, the voter will be contacted by mail, but not by telephone, text, or email at that time. In the interest of efficiency, the decision was made to contact voters by mail during

this time frame because telephone numbers and email addresses are not always in the voter file. The letter will inform the voter that a signature cure is needed and then instruct the voter on how to proceed with curing the signature discrepancy.

6. Starting the Saturday after the election, if the county becomes aware that a signature cure is needed, the county will not send a signature cure letter of the voter. Instead, the county will attempt to contact the voter using any additional contact information the county has on file for the voter (phone, text, and email). If no such contact information is on file for the voter, no signature cure opportunity will be provided. Any voter requested to cure a signature discrepancy must completed the signature cure process by 5:00 p.m. on the Tuesday after the election.

7. Making the transition to a vote-by-mail election is not only logistically challenging, but expensive. Therefore, on April 30, 2020, I testified before the Interim Finance Committee (IFC) of the Nevada Legislature in regards to the availability of federal grant funds to assist with the administration of the 2020 primary election.

8. The Coronavirus Aid, Relief, and Economic Security Act (CARES Act) appropriates $400 million in emergency funds for use by the states to prevent, prepare for, and respond to the election threats posed by the COVID-19 pandemic. Nevada's portion of this grant funding is $4,496,720.

9. Of the roughly $4.5 million that is available to Nevada under the CARES Act, the Office of the Secretary of State has received IFC approval to allocate expenditures as follows:

    a. $565,000 will be used to procure the additional voting equipment needed to process the significant increase in mail ballots. Necessary equipment includes ballot scanners, ballot printers, and adjudication equipment.

    b. Another $500,000 will be used to procure non-voting equipment, such as mail sorters and commercial letter openers.

    c. The largest portion will be spent on ballot printing and outbound postage. This amount is estimated at $2.4 million. There will be nearly a nine-fold increase

in the number of ballots printed for this election compared to previous elections. Each ballot costs approximately $1.10 to print and mail.

    d.    In order to make sure no voter is precluded from returning their ballot by mail due to lack of return postage, all ballots will come with a postage prepaid ballot return envelope. The cost for the ballot return postage is estimated at $235,000.

    e.    Next, $34,000 will be spent to procure an electronic signature cure service. If a voter returns a mail ballot but forgets to sign their ballot return envelope, or if the signature on their ballot return envelope doesn't match any of the signatures we have on file for the voter, the voter will be given an opportunity to engage in a process known as "signature cure," which gives voters an opportunity to confirm that they did actually cast their mail ballot. The electronic signature cure service will allow voters to cure signatures directly on their phone or tablet.

    f.    Lastly, because of the change to a vote-by-mail election for the 2020 primary election, the Secretary of State believes a large-scale voter education campaign is needed. The office has contracted with a Reno-based marketing firm and will be spending $753,000 to get information to voters about the vote-by-mail primary election. This effort includes TV and radio ads, digital ads for social media, direct mail marketing, and a website dedicated specifically for providing information about the primary election.

10. The CARES Act currently requires that states provide a 20 percent match as a condition of receiving the federal grant funds. Nevada's state match requirement is approximately $900,000.

11. I am aware that there is bipartisan support among state election officials for a proposal to eliminate the state match requirement under the CARES Act. Because state and local budgets throughout the county have been severely impacted by the COVID-19 pandemic and the resulting lockdown of businesses, we are hopeful that Congress may eliminate the state match requirement.

12. In the meantime, the Secretary of State's office is working with county election officials to allocate limited resources in a way that will encourage full voter participation

while simultaneously protecting the health of poll workers, election volunteers, and the public.

I declare under penalty of perjury of the laws of the state of Nevada that the foregoing is true and correct to the best of my knowledge and belief, and I have affixed my signature hereto this 4th day of May, 2020.

_____
WAYNE THORLEY