# EXHIBIT C

**EXHIBIT C**

**LAS VEGAS SUN**

# Make sure you sign your ballot in correct spot and other tips to vote in Nevada's primary

By John Sadler (contact)

Sunday, May 17, 2020 | 2 a.m.

Nevada voters should have already received their ballots for the mostly all-mail primary election, said Wayne Thorley, deputy secretary of state for elections.

The June 9 primary will feature just three in-person locations in Clark County out of coronavirus concerns, meaning many who cast votes will do so by returning the ballot through the mail in a prepaid envelop or by delivering to a drop-off location. Those drop locations are at the Clark County Election Department at 965 Trade Drive in North Las Vegas, the Clark County Government Center at 500 S Grand Central Parkway in downtown and more. Deadlines vary by site.

The ballots, which were sent to all registered voters, need to be post-marked by June 9 and received in the mail by 5 p.m. June 16 to be counted, election officials said.

Read instruction on your ballot carefully, Thorley stressed.

Voters should use blue or black ink pens on their ballots and avoid pencils, permanent markers or felt tip pens. Voters should also not sign their ballot, as it will void the entire document. They do, however, need to sign the provided envelope the ballot is returned in.

"It's important that they sign that, but it's important that they don't sign their actual ballot," Thorley said.

If the signature on the ballot return envelope is missing, or doesn't match what's currently on file, officials will contact the voter.

"It's the same process (as a normal election), except instead of doing it at the polling place we're doing it back at the county warehouse where we're tabulating ballots," Thorley said.

Voters should also be careful that they only fill in one selection on each race, he said. If there is more than one selection, that category will be voided. Voters do not have to vote in every race. Skipping a vote or selecting more than one candidate in a single category will not void out the entire ballot.

If a voter needs a new ballot for whatever reason, such as an incorrect selection or spilling something on it, they can request a new one. Ballots must be returned in the envelope they came with, and if an envelope has more than one ballot in it, they will be voided.

"It's postage prepaid, too, so you're not saving any money by putting all ballots in one envelope," Thorley said.

If a voided ballot is sent in, the system is designed to catch and flag it, he said.

"Of course, if we suspect criminal intent there, we will investigate that," Thorley said.

A similar process will be used for those who vote in-person as the election will not be conducted on machines. The election department will provide paper ballots in person.

In-person locations are: Desert Breeze Community Center at 8275 Spring Mountain Road in Las Vegas, Paradise Recreation Center at 4775 South McLeod Drive in Las Vegas, or the election department in North Las Vegas.

What if I didn't receive a ballot?

If a voter has not received a ballot yet, they should reach out to their county registrar to ensure there hasn't been any issues, Thorley said.

Voters who have recently moved can change the address on their voter registration on the secretary of state's website. If they do so, it will automatically trigger another ballot being mailed, and void any ballot that had already been sent to previous addresses. Previous ballots cannot be forwarded to new addresses.

To receive a mail-in ballot, voters should be sure the address on their voter registration is correct by midnight on May 21. If any changes are made after that date, including if a Nevadan initially registers to vote, then that voter must vote in person.