# EXHIBIT D

**EXHIBIT D**

1  CHRISTOPHER J. HICKS
   Washoe County District Attorney
2  HERBERT B. KAPLAN
   Deputy District Attorney
3  Nevada State Bar Number 7395
   1 So. Sierra St.
4  Reno, NV  89501
   hkaplan@da.washoecounty.us
5  (775) 337-5700

6  ATTORNEYS FOR DEANNA SPIKULA,
   WASHOE COUNTY REGISTRAR OF VOTERS
7

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

10  * * *

| | |
|---|---|
| STANLEY WILLIAM PAHER, TERRESA MONROE-HAMILTON, AND GARRY HAMILTON, DARYL BYRON DESHAW, JEFF ECKER, GARY GLADWILL, LINDA BARNETT, and NEVADA RIGHT TO LIFE,<br><br>Plaintiffs,<br><br>vs.<br><br>BARBARA CEGAVSKE, in her official capacity as Nevada Secretary of State, DEANNA SPIKULA, in her official capacity as Registrar of Voters for Washoe County, JOSEPH P. GLORIA, in his official capacity as Registrar of Voters for Clark County,<br><br>Defendants.<br><br>and<br><br>NEVADA STATE DEMOCRATIC PARTY, DNC SERVICES CORPORATION/DEMOCRATIC NATIONAL COMMITTEE, DCCC, PRIORITIES USA, and JOHN SOLOMON,<br><br>Intervenor-Defendants. | Case No.  3:20-cv-00243- MMD-WGC<br><br>**DECLARATION OF HERBERT B. KAPLAN** |

I, HERBERT B. KAPLAN, under penalty of perjury, hereby declare as follows:

1. I am over eighteen years of age. I have personal knowledge of the facts set forth herein. I am a Washoe County Deputy District Attorney. I am admitted to practice law in Nevada. I am an attorney for Defendant, Washoe County Registrar of Voters, Deanna Spikula. I submit this declaration to provide the Court true and correct copies of certain documents submitted in connection with Ms. Spikula's Opposition to Second Motion for Preliminary Injunction.

2. Exhibit A to the Opposition is a true and correct copy of the Declaration of Wayne Thorley filed in Corona v. Cegavske, First Judicial District Court of Nevada, Case No. 20-OC-00064 1B.

3. Exhibit B to the Opposition is a true and correct copy of the Declaration of Deanna Spikula dated May 18, 2020.

4. Exhibit C to the Opposition is a true and correct copy of the article "Make sure you sign your ballot in correct spot and other tips to vote in Nevada's primary," that appeared in the Las Vegas Sun on May 17, 2020, as it appeared online at https://lasvegassun.com/news/2020/may/17/make-sure-sign-ballot-correct-spot-voting-tips/.

Dated this 20th day of May, 2020.

CHRISTOPHER J. HICKS
District Attorney

By    /s/ Herbert B. Kaplan
    HERBERT B. KAPLAN
    Deputy District Attorney
    One South Sierra St.
    Reno, NV 89501
    hkaplan@da.washoecounty.us