David O'Mara (Nev. bar #8599)
The O'Mara Law Firm, P.C.
311 E. Liberty Street
Reno, NV 89501
Telephone: 775/323-1321
David@omaralaw.net
*Local Counsel for Plaintiffs*

James Bopp, Jr. (Ind. bar #2838-84)*
    jboppjr@aol.com
Richard E. Coleson (Ind. bar #11527-70)*
    rcoleson@bopplaww.com
Corrine L. Youngs (Ind. bar #32725-49)*
    cyoungs@bopplaw.com
Amanda L. Narog (Ind. bar #35118-84)*
    anarog@bopplaw.com
True the Vote, Inc.
 Voters' Rights Initiative
The Bopp Law Firm, PC
1 South Sixth St.
Terre Haute, IN 47807‑3510
Telephone: 812/877-4745
*Appearing Pro hac vice
*Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **Stanley William Paher**, **Terresa Monroe-Hamilton**, and **Garry Hamilton**, **Daryl Byron DeShaw**, **Jeff Ecker**, **Gary Gladwill**, **Linda Barnett**, and **Nevada Right to Life**, *Plaintiffs*<br><br>v.<br><br>**Barbara Cegavske,** in her official capacity as Nevada Secretary of State, **Deanna Spikula**, in her official capacity as Registrar of Voters for Washoe County, and **Joseph P. Gloria**, in his official capacity as Registrar of Voters for Clark County, *Defendants* | Case No.: 3:20-cv-00243<br><br>**Plaintiffs' Supplemental Authority** |

Plaintiffs call the Court's attention to two additional cases as supplemental authority in support of Plaintiffs' Second Preliminary Injunction Motion (ECF No. 65).

First, is the Order in *Thompson v. DeWine*, No. 20-3526 (6th Cir. May 26, 2020), *available at* www.opn.ca6.uscourts.gov/opinions.pdf/20a0162p-06.pdf. Plaintiffs call the Court's attention particularly to the second and third full paragraphs on page 9, which recognize that preventing election fraud is a compelling state interest for purposes of the balancing test of *Burdick v. Takushi*, 504 U.S. 428 (1992).

Second, is *McDonald v. Board of Election Commissioners of Chicago*, 394 U.S. 802 (1969), which found no right to vote absentee for certain incarcerated persons because (i) it was not the

existing absentee statutes *themselves* that caused these persons to be unable to vote, *id.* at 807-08, and (ii) the absentee-ballot restrictions "may reflect a legislative determination that without the protection of the voting booth" there may be too great a temptation for others to try to influence the person's vote, *id.* at 810.

May 27, 2020

David O'Mara (Nev. bar #8599)
The O'Mara Law Firm, P.C.
311 E. Liberty Street
Reno, NV 89501
Telephone: 775/323-1321
David@omaralaw.net
*Local Counsel for Plaintiffs*

Respectfully submitted,

/s/ Amanda L. Narog
James Bopp, Jr. (Ind. bar #2838-84)*
    jboppjr@aol.com
Richard E. Coleson (Ind. bar #11527-70)*
    rcoleson@bopplaww.com
Corrine L. Youngs (Ind. bar #32725-49)*
    cyoungs@bopplaw.com
Amanda L. Narog (Ind. bar #35118-84)*
    anarog@bopplaw.com
True the Vote, Inc.
 Voters' Rights Initiative
The Bopp Law Firm, PC
1 South Sixth St.
Terre Haute, IN 47807‑3510
Telephone: 812/877-4745

*Appearing Pro hac vice
*Counsel for Plaintiffs*

**Certificate of Service**

I hereby certify on May 27, 2020, I served a true and correct copy of the foregoing on the following parties via this Court's CM/ECF electronic filing system to the addresses listed below.

Gregory Louis Zunino
Nevada State Attorney Generals Office
100 N Carson Street
Carson City, NV 89701
775-684-1137
Fax: 775-684-1108
Email: GZunino@ag.nv.gov

Craig A. Newby
Office of the Attorney General
100 N. Carson Street
Carson City, NV 89701
(775) 684-1206
Email: cnewby@ag.nv.gov

Herbert B. Kaplan
One South Sierra Street
Reno, NV 89501
775-337-5700
Fax: 775-337-5732
Email: hkaplan@da.washoecounty.us

Abha Khanna
Perkins Coie LLP
1201 Third Avenue
Ste 4900
Seattle, WA 98101-3099
206 359 8000
akhanna@perkinscoie.com

Henry J. Brewster
Perkins Coie LLP
700 Thirteenth St, NW
Ste 800
Washington, DC 2005-3960
202 654 6200

Bradley Scott Schrager
Wolf, Rifkin, Shapiro, Schulman & Rabkin
3556 E. Russell Rd
Las Vegas, NV 89120
702-341-5200
Fax: 702-341-5300
Email: bschrager@wrslawyers.com

Courtney A. Elgart
Perkins Coie LLP
700 Thirteenth St, NW
Ste 800
Washington, DC 20005-3960
202 654 6200
celgart@perkinscoie.com

Daniel Bravo
Wolf, Rifkin, Shapiro, Schulman, & Rabkin, LLP
3556 E. Russell Road, 2nd Floor
Las Vegas, NV 89120-2234
702-341-5200
Fax: 702-341-5300
Email: dbravo@wrslawyers.com

Jonathan P. Hawley
Perkins Coie LLP
1201 Third Avenue
Ste 4900
Seattle, WA 98101-3099
206 359 8000
JHawley@perkinscoie.com

Marc Erik Elias
Perkins Coie LLP
700 13th Street, NW., Ste. 600
Washington, DC 20005
202-654-6200
Email: melias@perkinscoie.com

Mary-Anne Miller, County Counsel
500 S. Grand Central Parkway
Las Vegas, NV 89106
Mary-Anne.Miller@ClarkCountyDA.com

David O'Mara
311 E. Liberty Street
Reno, NV 89501
Telephone: 775/323-1321
David@omaralaw.net
*Local Counsel for Plaintiffs*

Respectfully submitted,

/s/Amanda Narog
James Bopp, Jr. (Ind. bar #2838-84)*
   jboppjr@aol.com
Richard E. Coleson (Ind. bar #11527-70)*
   rcoleson@bopplaww.com
Corrine L. Youngs (Ind. bar #32725-49)*
   cyoungs@bopplaw.com
Amanda L. Narog (Ind. bar #36118-84)*
   anarog@bopplaw.com
True the Vote, Inc.
 Voters' Rights Initiative
The Bopp Law Firm, PC
1 South Sixth St.
Terre Haute, IN 47807‑3510
Telephone: 812/877-4745

*Appearing Pro hac vice

*Counsel for Plaintiffs*