David O'Mara (Nev. bar #8599)
The O'Mara Law Firm, P.C.
311 E. Liberty Street
Reno, NV 89501
Telephone: 775/323-1321
David@omaralaw.net
*Local Counsel for Plaintiffs*

James Bopp, Jr. (Ind. bar #2838-84)*
   jboppjr@aol.com
Richard E. Coleson (Ind. bar #11527-70)*
   rcoleson@bopplaww.com
Corrine L. Youngs (Ind. bar #32725-49)*
   cyoungs@bopplaw.com
Amanda L. Narog (Ind. bar #35118-84)*
   anarog@bopplaw.com
True the Vote, Inc.
 Voters' Rights Initiative
The Bopp Law Firm, PC
1 South Sixth St.
Terre Haute, IN 47807‐3510
Telephone: 812/877-4745
*Pro hac vice
*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

**Stanley William Paher**, **Terresa Monroe-Hamilton**, and **Garry Hamilton**,

   Plaintiffs

v.

**Barbara Cegavske,** in her official capacity as Nevada Secretary of State, **Deanna Spikula**, in her official capacity as Registrar of Voters for Washoe County,

   Defendants

Case No.: 3:20-cv-00243-MMD-WGC

**ORDER GRANTING**
**Motion to Withdraw Corrine L. Youngs**

Corrine L. Youngs, counsel for Plaintiffs, respectfully moves to withdraw from representation of Plaintiffs in the above-captioned suit. In support, Ms. Youngs states as follows:

   1. On June 26, 2020, Ms. Youngs will discontinue her employment with The Bopp Law Firm PC.

   2. Plaintiffs has been notified of Ms. Youngs' intention to withdraw.

1

3. Plaintiffs will continue to be presented by James Bopp, Jr., Richard Coleson, and Amanda Narog.

4. Ms. Youngs will no longer be able to offer Plaintiffs legal counsel. Please remover her name from counsel lists and email distribution lists.

June 26, 2020

David O'Mara (Nev. bar #8599)
The O'Mara Law Firm, P.C.
311 E. Liberty Street
Reno, NV 89501
Telephone: 775/323-1321
David@omaralaw.net

*Local Counsel for Plaintiffs*

Respectfully submitted,
/s/ Corrine L. Youngs
Corrine L. Youngs (Ind. bar #32725-49)
  cyoungs@bopplaw.com
True the Vote, Inc.
  Voters' Rights Initiative
The Bopp Law Firm, PC
1 South Sixth St.
Terre Haute, IN 47807‑3510
Telephone: 812/877-4745

*Counsel for Plaintiffs*

IT IS SO ORDERED.

DATED:  June 29, 2020.

_William G. Cobb_____
U.S. MAGISTRATE JUDGE

3